## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Brakebill, et al.,

       Plaintiffs,

  v.                                    Case No. 1:16-cv-008

Alvin Jaeger,

       Defendant.

---

### Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date:   May 12, 2016 |
| Bismarck, North Dakota | Time:   1:30 p.m. |
| Court Reporter: None | Recess: 1:45 p.m. |
| Proceeding: Status Conference - Chambers | Clerk:  Judy L. Reile |

Appearances:

    Thomas A. Dickson, Joel William West Williams, Matthew Lee Campbell, Richard de Bodo, and Natalie Landreth (all via telephone), Attorneys for Plaintiffs Brakebill, Baker, Herman, Merrick, Elvis Norquay, Ray Norquay, and Vivier

    Christopher Salah Joseph (via telephone), Attorney for Defendant Alvin Jaeger

Court in chambers.
Court notes appearances of counsel via teleconference.
Court and parties review matters regarding parties' Stipulation re Preliminary Injunction Motion.
Parties will submit revised briefing schedule.
Court will likely render ruling based upon written briefs only.
Court in recess.