# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Richard Brakebill, Deloris Baker, Dorothy Herman, Della Merrick, Elvis Norquay, Ray Norquay, and Lucille Vivier, on behalf of themselves, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER ADOPTING STIPULATION** |
| vs. | ) ) | |
| Alvin Jaeger, in his official capacity As the North Dakota Secretary of State, | ) ) ) | Case No. 1:16-cv-008 |
| Defendant. | ) | |

Before the Court is a revised stipulation regarding a motion for preliminary injunction the Plaintiffs anticipate filing in the near future. See Docket No. 40. The Court **ADOPTS** the stipulation (Docket No. 40) and **ORDERS** as follows:

1. The Plaintiffs' motion for preliminary injunction is due on or before June 20, 2016.

2. The Defendant's response to the motion is due on or before July 5, 2016.

3. The Plaintiffs' reply in support of their motion is due on or before July 18, 2016.

4. The Court is aware of the November 2016 elections and will issue a ruling on the motion as soon as is practicable.

5. The Plaintiffs' opening memorandum on their motion and the Defendant's response shall be no longer than forty (40) pages. The Plaintiffs' reply shall be no longer than twenty (20) pages.

6. The parties may commence discovery.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2016.

                                           */s/ Daniel L. Hovland*
                                           Daniel L. Hovland, District Judge
                                           United States District Court