**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Richard Brakebill, Deloris Baker, Dorothy Herman, Della Merrick, Elvis Norquay, Ray Norquay, and Lucille Vivier, on behalf of themselves, | |
| Plaintiffs, | Civil No. 1:16-cv-8 |
| vs. | |
| Alvin Jaeger, in his official capacity as the North Dakota Secretary of State, | |
| Defendant. | |

# Declaration of Michael C. Herron, Ph.D.

I, Michael C. Herron, declare as follows:

1.    I am the William Clinton Story Remsen 1943 Professor of Government at Dartmouth College and have taught in the Department of Government at Dartmouth since 2003. I am also the chair of Dartmouth's Program in Quantitative Social Science and have held this position for about two years.  I have personal knowledge of the facts set forth in this declaration and could and would competently testify to these facts if asked to do so.

2.    Attached as Exhibit A is a true and correct copy of a document titled "Evidence of Racially Polarized Voting in North Dakota, 2008 and 2010." I prepared this report for the plaintiffs in this action. I declare under penalty of perjury that the report is true and correct to the best of my knowledge.

Executed on June 18, 2016 at _Hanover, NH_.

I declare under penalty of perjury that the foregoing is true and correct.

Michael C. Herron

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, the document titled "**Declaration of Michael C. Herron, Ph.D.**" was electronically filed with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing ("NEF") to:

Christopher S. Joseph
Assistant Attorney General
State Bar ID No. 07450
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
Email csjoseph@nd.gov

DATED:  June 20, 2016

By:  _/s Matthew Campbell_____
        Matthew Campbell

Matthew Campbell, NM Bar No. 138207, CO Bar No. 40808
mcampbell@narf.org
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302
Phone: (303) 447-8760
Fax: (303) 443-7776

# EXHIBIT A

# Evidence of Racially Polarized Voting in North Dakota, 2008 and 2010

## 1   Introduction

In the matter of *Brakebill et al. v. Jaeger*, I was asked by plaintiff counsel Matthew Campbell of the *Native American Rights Fund* to study the 2008 and 2010 statewide elections in North Dakota and offer an opinion as to whether there is evidence that Native American voters in North Dakota have different voting behaviors than white voters in the state. In response to this request, I assembled a dataset based on publicly-available, historical election returns and demographic data provided to me by the Cartographic Research Laboratory at the University of Alabama. I analyzed my dataset using standard statistical techniques, and this declaration describes the process that I followed in my research as well as my findings.

I am William Clinton Story Remsen 1943 Professor of Government at Dartmouth College and have taught in the Department of Government at Dartmouth since 2003. I am also the chair of the Program in Quantitative Social Science at Dartmouth College and have had this position for approximately two years. I previously was on the faculty of Northwestern University, and I have visited at Harvard University, the University of Rochester, and the Hertie School of Governance in Berlin. In January, 1998, I received a doctorate in the field of Political Economy from the Graduate School of Business at Stanford University. I also have a master's degree in statistics

from Stanford University (June, 1995), a master's degree in political science from the University of Dayton (August, 1992), and a bachelor's degree in mathematics and economics from Carnegie-Mellon University (May, 1989).

I have published in many political science journals including the field's top general journals: *American Political Science Review*, *American Journal of Political Science*, and *Journal of Politics*. I have published as well in speciality journals like *Election Law Journal*, *American Politics Research*, and *Legislative Studies Quarterly* and have consulted in a variety of legal cases. My *curriculum vitae*, which lists published papers and professional affiliations, is attached to this report as Appendix B.

The techniques used in this report are typical of, and in some cases identical to, techniques that other scholars and I have used to study racial patterns of voting in American elections. In addition, the software and hardware that I used in the course of preparing this report are standard, and to the best of my knowledge other scholars who work on the types of data described here regularly rely on software and hardware similar or identical to the software and hardware, respectively, used in the work described in this report. I am being paid at a rate of \$300/hour for the work described in this declaration.

Broadly, this declaration describes how I gathered North Dakota election returns data, combined these data with demographic data on North Dakota precincts and counties, and then used linear regression analysis to draw conclusions about racially polarized voting in North Dakota in the general elections of 2008 and 2010. In my opinion, the evidence that I have

3

found is consistent with the existence of racially polarized voting in North Dakota. In particular, my evidence implies that Native Americans in North Dakota vote for Democratic candidates at greater rates than do whites in the state.

## 2    Racially polarized voting in North Dakota

The specific question that I explore in this declaration is as follows: in the 2008 and 2010 statewide, general elections in North Dakota, is there evidence that Native Americans in the state voted differently than whites? Election scholars will sometimes use the term *racially polarized voting* to refer to a situation in which racial groups vote on average differently from one another, and in this declaration the racial groups of interest are Native Americans and whites. According to the 2010 Census, there were 672,591 residents of North Dakota of whom 605,449 (approximately 90%) were white and of one race and 36,591 (approximately 5.4%) who were American Indian/Alaska Native and of one race. For brevity, henceforth I use the term "Native American" to refer to what the census calls "American Indian and Alaska Native."[1] North Dakota is predominantly white, and Native Americans constitute the second

---

[1]Based on 2010-2014 American Community Survey 5-Year Estimates, the population of North Dakota in 2014 was 704,925. Of these individuals, 628,770 (approximately 89.2%) where white and of one race and 36,989 (approximately 5.2% were Native American and of one race. Thus, the demographics of North Dakota did not change appreciably between 2010 and 2014.

4

largest racial group in the state.

The matter of whether there was racially polarized voting in North Dakota in 2008 and 2010 is complicated by ballot secrecy. Individuals' vote choices are not in general observable by others, and consequently research on the possible extent of racially polarized in voting in the state must turn to evidence that does not require knowledge of how individuals chose to vote in a set of elections. This statement is general and does not apply to North Dakota-based research in particular.

Although individual vote choices are not in general observable, aggregated elections returns are observable. In the case of North Dakota, the Secretary of State (NDSOS) maintains historical election returns on a publicly accessible website.[2] This website has a section that contains returns from the North Dakota elections of 2010, 2012, 2014, and 2016.[3] The NDSOS website also has a section on older election results, and this section contains election returns that date to 2000.[4]

---

[2]The website is located at http://sos.nd.gov (last accessed June 6, 2016).

[3]This section contains returns for both general and primary elections, and it can be reached at https://vip.sos.nd.gov/PortalListDetails.aspx?ptlhPKID=62\&ptlPKID=4 (last accessed June 6, 2016).

[4]This section can be reached at https://vip.sos.nd.gov/PortalListDetails.aspx?ptlhPKID=67&ptlPKID=4 (last accessed June 6, 2016).

# 3   Data preparation

The data that I bring to bear on the matter of racially polarized voting in North Dakota is drawn from several sources. I describe these sources in this section of the declaration.

## 3.1   Election returns

I wrote a series of perl scripts that accessed the NDSOS website and from it downloaded returns for the North Dakota general elections of 2008 and 2010.[5] Regarding the election of 2008, my scripts gathered election returns from that year's Presidential contest; for 2010, my scripts gathered returns from the United States (U.S.) Senate, North Dakota Secretary of State, North Dakota Attorney General, North Dakota Agriculture Commissioner, North Dakota Public Service Commissioner, and the North Dakota Tax Commissioner contests. Each of these 2008 and 2010 contests featured a Republican and a Democratic candidate, sometimes among others, and the NDSOS website lists by county and precinct the number of votes each Republican and Democratic candidate in each contest received. I consider in this report only statewide elections in 2008 and 2010, and this is because my analysis needs to be able to generate conclusions that applied to North Dakota in its entirety.[6]

---

[5]I did not gather any primary election returns.

[6]Beyond the list of 2010 contests that appear here, there was an additional statewide contest in 2010. This contest was for a seat on the North Dakota Supreme Court, and the Supreme Court contest was non-partisan. One candidate, Carol Kapsner, ran for

6

With my perl scripts, I constructed various precinct-level tables of North Dakota election returns. These tables consist of machine-readable, text files that I incorporated into a database built with the open source database, mysql. Mysql is a common database, and I use this database in many of my academic research projects.

## 3.2   Precinct demographics

Given my objective of determining whether there was racially polarized voting in North Dakota in the elections 2008 and 2010, my research requires demographic data that specifies the racial breakdown of North Dakota precincts in those years. For such demographic data I turned to the aforementioned Cartographic Research Laboratory (Cartlab) at the University of Alabama. With permission of counsel, I communicated with W. Craig Remington, the director of Cartlab and Adjunct Professor of Geography, and requested that Mr. Remington procure electronic maps of North Dakota precinct boundaries and then use these maps to generate precinct-level racial demographics based on data from the 2010 Census. In particular, I requested that Mr. Remington inform me of the number of voting age residents in each North Dakota precinct as well as the number of residents who self-reported as being

Justice on the Court, and no political party was listed next to her name. According to the NSDOS website, Ms. Kapsner received 99.35% of all votes cast in her contest. Given its non-partisan and lopsided nature, I do not analyze the North Dakota Supreme Court contest in this report.

7

white and the number who self-reported as being Native American.[7]

I asked Mr. Remington to calculate racial demographics based on data from the 2010 Census, and this is because 2010 is the year of the most recent decennial census. North Dakota submitted to the United States Census Bureau maps of its precincts for inclusion in the 2010 Census, and these maps are in principle synchronized with data from the 2010 Census.[8] It was evident from the NDSOS website that the number of precincts in North Dakota changed between 2010 and 2012; in particular, the NDSOS reports that the state used 505 precincts in the former and 426 in the latter. This means that Census precinct maps submitted by North Dakota officials in support of the 2010 Census would not necessarily be useful for election beyond 2010.

Mr. Remington sent me a variety of files, and among these was a dbf file that contained the precinct demographics that I had requested. I converted the dbf file to text in the R statistical environment, a standard environment for data manipulation and statistical calculations.

There are several North Dakota counties for which the number of Census precincts tabulated by Mr. Remington did not match the number of precincts for which the NDSOS reported election returns in 2010. In addition, there

[7]Mr. Remington provided me with other precinct-level demographic information as well, e.g., the number of voting age African-American residents of each North Dakota precinct, but my research focused solely on the Native American and white populations of North Dakota precincts.

[8]The Census refers to precincts as VTDs, or voting districts. For the purposes of this report, these two terms can be used synonymously.

were some incompatibilities between the names of precincts in 2010 Census data and names of precincts in NDSOS data. Mr. Remington and I communicated about these issues, among others, and I requested that Mr. Remington directly contact some North Dakota counties so as to produce racial demographics for as many 2010 precincts, as specified by the NSDOS, as possible. In some cases Mr. Remington was able to resolve inconsistencies between precinct counts in Census data and precinct counts in NSDOS election returns, and a similar statement applies to inconsistencies in precinct names. The results that follows do not use counties those few North Dakota counties for which it was not possible to link cleanly Census precincts with NDSOS precincts.

The precinct name and number issues that Mr. Remington encountered while calculating racial demographics for North Dakota precincts are, in my experience, typical issues that occur when merging Census data with election returns compiled by a state office, in this case the NSDOS. None of the issues that Mr. Remington faced surprised me, and I have faced similar quandaries related to precinct boundaries in my academic research.

In the course of my normal academic research, I typically outsource the types of calculations that Mr. Remington executed on my behalf. In particular, when my research requires overlaying electronic maps and from such overlays aggregating populations so as to calculate racial demographics of voting units like precincts, I generally turn to the services of a geographer or to someone with skills in geographic analyses.

9

Table 1: North Dakota precincts by county

| County | NSDOS precincts | Merged precincts | County | NSDOS precincts | Merged precincts |
|---|---|---|---|---|---|
| Adams | 1 | 1 | McLean | 11 | 11 |
| Barnes | 15 | 15 | Mercer | 14 | 0 |
| Benson | 8 | 8 | Morton | 18 | 18 |
| Billings | 3 | 3 | Mountrail | 9 | 9 |
| Bottineau | 11 | 0 | Nelson | 1 | 1 |
| Bowman | 4 | 4 | Oliver | 7 | 7 |
| Burke | 6 | 6 | Pembina | 6 | 6 |
| Burleigh | 35 | 35 | Pierce | 8 | 8 |
| Cass | 35 | 35 | Ramsey | 4 | 4 |
| Cavalier | 1 | 1 | Ransom | 6 | 6 |
| Dickey | 3 | 3 | Renville | 5 | 5 |
| Divide | 4 | 4 | Richland | 18 | 0 |
| Dunn | 11 | 11 | Rolette | 5 | 5 |
| Eddy | 5 | 5 | Sargent | 5 | 5 |
| Emmons | 5 | 5 | Sheridan | 2 | 2 |
| Foster | 6 | 6 | Sioux | 7 | 6 |
| Golden Valley | 1 | 1 | Slope | 3 | 3 |
| Grand Forks | 43 | 43 | Stark | 13 | 13 |
| Grant | 4 | 4 | Steele | 5 | 5 |
| Griggs | 7 | 7 | Stutsman | 12 | 6 |
| Hettinger | 3 | 3 | Towner | 3 | 3 |
| Kidder | 6 | 6 | Traill | 13 | 13 |
| LaMoure | 9 | 9 | Walsh | 18 | 18 |
| Logan | 5 | 5 | Ward | 32 | 0 |
| McHenry | 8 | 8 | Wells | 6 | 4 |
| McIntosh | 6 | 6 | Williams | 15 | 15 |
| McKenzie | 14 | 11 | | | |

1    Table 1 reports by North Dakota county (there are 53 counties in the
2  state) the number of precincts for which election data in 2010 was published
3  by the NDSOS and the corresponding number of precincts for which I have

10

demographic data. The latter can be called "merged" precincts because this set of precincts reflect a merging of NDSOS and Cartlab-generate demographic data. There are 505 NDSOS precincts and 418 merged precincts, and this yields a precinct coverage rate of approximately 83%. Relatedly, as of the 2010 Census, there were 522,720 voting age residents in North Dakota, and among the 418 merged precincts there were 437,707 voting age residents. This translates to a voting age coverage rate of approximately 84%. Among voting age Native Americans in North Dakota, the coverage rate among the 418 merged precincts is approximately 92%.

# 4   Results

I now turn to results. The analyses that follow incorporate Democratic vote share across a variety of North Dakota statewide elections in 2010 and 2008, and to this end Table 2 lists key Democratic and Republican candidates from 2010 and 2008 along with their overall vote percentages. When this report refers to, for example, the Democratic vote share in the 2010 United States Senate contest, this means the vote share received by Tracy Potter, who as noted in the table was the Democratic candidate in this contest.

Table 2 shows that Republican candidates won all of the statewide contests considered here. Democratic vote share in these contests varied from approximately 22% (U.S. Senate) to almost 45% (Presidential contest).

There are 53 counties in North Dakota, and for the 2010 U.S. Senate

11

Table 2: Democratic and Republican candidates and vote percentages in selected 2008 and 2010 contests across North Dakota

| Contest | Democrat | Republican |
|---|---|---|
| President | Barack Obama (44.62%) | John McCain (53.25%) |
| U.S. Senate | Tracy Potter (22.17%) | John Hoeven (76.08%) |
| Secretary of State | Corey Mock (37.46%) | Alvin A. Jaeger (62.44%) |
| Attorney General | Jeanette Boechler (25.38%) | Wayne Stenehjem (74.55%) |
| Agriculture Commissions | Merle Boucher (31.93%) | Doug Goehring (67.98%) |
| Public Services Commissioner | Brad Crabtree (34.90%) | Kevin Cramer (61.45%) |
| Tax Commissioner | Cynthia Kaldor (29.22%) | Cory Fong (67.39%) |

*Note: all contests are from 2010 except for the Presidential contest, which took place in 2008. Vote percentages do not sum to 100 due to rounding and the presence of third party and/or write-in candidates.*

1  contest Figure 1 describes the Democratic vote share in each of these counties

2  along with the fraction in each county that is Native American. Each dot in

3  the figure denotes one county, and the size of each dot is proportional to the

4  total number of voting age residents in the county.

5      I earlier noted that, as of the 2010 Census, Native Americans constitute

6  approximately 5.4% of the North Dakota population. Figure 1 shows that

7  the Native American population in the state is clustered in several counties,

8  of which Benson, Mountrail, Rolette, and Sioux are the four most heavily

9  Native American based on voting age population. With respect to voting

10  age population, these four counties are disproportionately Native American

11  compared to the rest of North Dakota (each is more than 20% Native Ameri-

12  can, for example), and the counties are all relatively small. This is evident in

13  Figure 1 insofar as the dots corresponding to the four aforementioned coun-

Figure 1: Fraction Native American and 2010 Senate vote among North Dakota counties



Fraction Native American among Voting Age Population

*Note: each dot represents one North Dakota county, and dot size is proportional to total voting age population.*

ties are much smaller than the dots for larger (and heavily white) counties in North Dakota.

Figure 1 is suggestive that Native American voters in North Dakota disproportionately preferred the Democratic candidate in the U.S. Senate contest. However, the units in the figure are counties, of which there are only 53, and some are large. In a statistical analysis of voting, smaller units of analysis are generally preferable, *ceteris paribus*, and hence I now consider voting precincts which are in general nested within counties. Precincts are the smallest units in North Dakota for which election returns are available.[9]

Figure 2 contains six panels, each of which describes precinct-level election returns in a given 2010 election contest. In what follows I focus on the U.S. Senate panel, which is Figure 2a, but the other five panels are all similar and lead to qualitatively similar conclusions.

Each dot in Figure 2a represents a North Dakota precinct, and the size of each dot is proportional to the total voting age population of a precinct. As in the earlier county-level plot, the horizontal axis in Figure 2a describes a precinct's fraction Native American among its voting age population, and the vertical axis in Figure 2a is the precinct's Democratic vote share in the 2010 U.S. Senate contest.

---

[9]The smallest geographies tabulated by the Census Bureau are called blocks. Election returns are not tabulated by block in North Dakota, and this is typical across the United States. Instead, the NDSOS tabulates results statewide, by county, and by precinct, and precincts are thus the smallest units for which voting data are available.

14

Figure 2: Fraction Native American and six 2010 elections among North Dakota precincts



(a) U.S. Senate

(b) Secretary of State

(c) Attorney General

(d) Agriculture Commissioner

(e) Public Services Commissioner

(f) Tax Commissioner

15

Two grey lines appear in Figure 2. The solid grey line is the fitted line from a weighted regression of fraction Democratic candidate support on fraction Native American in the precinct; this line uses all precincts. The dotted grey line also represents a regression, but one that uses precincts that are at most 50% Native American based on voting age population.[10] The dotted grey line is important because one might be concerned that a regression using all precincts is unduly influenced by a small number of heavily Native American precincts. I will return to this point shortly.

The key result in Figure 2a is that the pictured grey line has a positive slope that is significantly different than zero at conventional confidence levels.[11] See Table 3 in Appendix A for details. In other words, the more Native American a precinct (based on voting age population), the greater the Democratic vote share in the 2010 U.S. Senate contest. This result is consistent with racially polarized voting.

For example, the grey regression line in Figure 2a implies that a North Dakota precinct that was entirely non-Native American would be expected to have had a Democratic vote share in the U.S. Senate contest of approximately 0.214. In contrast, a precinct that was entirely Native American would be

---

[10]Both regression lines depicted in Figure 2a are weighted based on total number of votes cast in the 2010 U.S. Senate contest. This is appropriate because the dependent variable in the regressions is a ratio of total number of Democratic votes cast to total number of votes cast.

[11]Throughout this report I use the conventional standard of $p = 0.05$ to assess statistical significance.

16

expected to have had a Democratic vote share in this race of approximately 0.567.[12]

Moreover, the general pattern of greater expected Democratic vote share in precincts with greater Native American fraction holds if one restricts attention to precincts that are no more than 50 percent Native American; see the dotted grey line in Figure 2a. The latter line is sloped less steeply than the solid grey line, and this is intuitive: when the most heavily North Dakota precincts are disregarded, the estimated relationship between a precinct's Native American fraction and its Democratic vote share in the U.S. Senate contest is diminished. Nonetheless, the dotted grey line in Figure 2a slopes upward, and this result is statistically significant at conventional confidence levels.

The above comments apply to Figure 2a and the U.S. Senate contest. They apply as well to Figures 2b − 2f and their respective contests from 2010. Corresponding regression estimates can be found in Tables 3 and 4 in Appendix A.

To ensure that my conclusions about precinct racial composition and Democratic vote share that draw on six 2010 statewide elections in North Dakota are not idiosyncratic to that year, I estimated a weighted linear regression model in which the dependent variable was Democratic vote share in the 2008 presidential election. Barack Obama was the Democratic candi-

---

[12]These two numbers are the estimated constant from the U.S. Senate regression and the estimated constant plus the estimated slope, which is 0.353.

Figure 3: Fraction Native American and 2008 Presidential vote among North
Dakota precincts



date for president in 2008, and results are in Table 5 in Appendix A. These results are summarized in Figure 3.[13]

The implication of Figure 3 parallels the implications of the aforementioned 2010 figures. Namely, the greater a precinct's share of Native American voters, the greater the 2008 Democratic vote share in the precinct. For example, a North Dakota precinct that was entirely non-Native American would be expected to have had a Democratic vote share of approximately 0.474; in contrast, a precinct that was entirely Native American would have been expected to have had a Democratic vote share that was approximately 0.909. This result is consistent with racially polarized voting in the 2008 Presidential election, and the particular value of Figure 3 (and its associated regression) is that it shows that my earlier findings on 2010 elections extend to 2008.

# 5   Conclusion

In this report I considered the matter of whether Native Americans in North Dakota voted differently than whites did in statewide elections in 2008 and 2010. Using standard statistical techniques, publicly available election returns, and data from the 2010 Census, I conclude that Native Americans in North Dakota cast votes for Democratic candidates at a greater rate than

---

[13]The number of observations in the 2008 regression differs slightly from the number of observations in the six 2010 regressions discussed previous due to precinct merging issues.

19

did white voters in the state. This exemplifies racially polarized voting.

# A  Regression output

This section contains regression estimates for some of the models discussed in this report. All estimates were generated using the R statistical computing environment, Version 3.2.1. The independent variable in the regressions summarized here is the fraction of a precinct that is Native American, based on voting age population.

Table 3: Regression results for 2010 U.S. Senate, Secretary of State, and Attorney General Elections

|  | Democratic vote share | | |
|---|---|---|---|
|  | U.S. Senate | Secretary of State | Attorney General |
|  | (1) | (2) | (3) |
| Frac. Native American | 0.353*** | 0.449*** | 0.489*** |
|  | (0.025) | (0.028) | (0.026) |
| Constant | 0.214*** | 0.358*** | 0.239*** |
|  | (0.003) | (0.004) | (0.004) |
| Observations | 418 | 418 | 418 |
| $R^2$ | 0.330 | 0.374 | 0.460 |
| *Note:* | | | *p<0.1; **p<0.05; ***p<0.01 |

Table 4: Regression results for 2010 Agriculture Commissioner, Public Services Commissioner, and Tax Commissioner Elections

| | Democratic vote share | | |
|---|---|---|---|
| | Agriculture | Public Services | Tax |
| | (1) | (2) | (3) |
| Frac. Native American | 0.603*** | 0.450*** | 0.498*** |
| | (0.034) | (0.029) | (0.034) |
| Constant | 0.299*** | 0.336*** | 0.278*** |
| | (0.005) | (0.004) | (0.005) |
| Observations | 418 | 418 | 418 |
| $R^2$ | 0.434 | 0.358 | 0.342 |
| *Note:* | | | *p<0.1; **p<0.05; ***p<0.01 |

22

Table 5: Regression results for 2008 Presidential Election

|                        | Democratic vote share |
|------------------------|-----------------------|
|                        | President             |
| Frac. Native American  | 0.474*** |
|                        | (0.036) |
| Constant               | 0.435*** |
|                        | (0.005) |
| Observations           | 446 |
| $R^2$                  | 0.281 |
| *Note:*                | *p<0.1; **p<0.05; ***p<0.01 |

23

1 **B** **Michael C. Herron** *curriculum vitae*

2 # Michael C. Herron

Dartmouth College    Phone: +1 (603) 646-2693
Department of Government  Mobile: +1 (603) 359-8009
6108 Silsby Hall     Email:  michael.c.herron@dartmouth.edu
Hanover, NH 03755-3547   Homepage: http://www.dartmouth.edu/~herron

## Academic appointments

William Clinton Story Remsen 1943 Professor, Department of Government, Dartmouth College. July, 2013–present.

Chair, Program in Quantitative Social Science, Dartmouth College. July, 2015–present.

Chair, Program in Mathematics and Social Sciences, Dartmouth College. July, 2014–June, 2015.

Professor, Department of Government, Dartmouth College. July, 2009–June, 2013.

Visiting Professor of Applied Methods, Hertie School of Governance, Berlin, Germany. August, 2011–August, 2012.

Associate Professor, Department of Government, Dartmouth College. July, 2004–June, 2009.

Visiting Associate Professor, Department of Government, Harvard University. July, 2008–January, 2009.

Visiting Associate Professor, Wallis Institute of Political Economy, University of Rochester. September, 2006–December, 2006.

Visiting Assistant Professor, Department of Government, Dartmouth College. July, 2003–June, 2004.

Assistant Professor, Department of Political Science, Northwestern University. September, 1997–June, 2004.

Faculty Associate, Institute for Policy Research, Northwestern University. September, 2002–June, 2004.

## Education

PhD Business (Political Economics), Stanford University, January, 1998.
*Dissertation*: Political Uncertainty and the Prices of Financial Assets
*Committee*: David Baron, Darrell Duffie, Douglas Rivers, and Barry Weingast

MS Statistics, Stanford University, June, 1995.

MA Political Science, University of Dayton, August, 1992.

BS Mathematics and Economics, with University Honors, Carnegie Mellon University, May, 1989.

## Fellowships

Elizabeth R. and Robert A. Jeffe 1972 Fellowship, Dartmouth College. September, 2010–June, 2011.

Fulbright Scholar Program fellowship for research and teaching at the Heidelberg Center for American Studies, Heidelberg University, September, 2009 - February, 2010 (declined).

Post–doctoral Research Fellow, Center for Basic Research in the Social Sciences, Harvard University. September, 2000 – August, 2001.

*Michael C. Herron*

## Publications

*Journal articles*

"Precinct Resources and Voter Wait Times" (with Daniel A. Smith). Forthcoming, *Electoral Studies*.

"Race, *Shelby County*, and the Voter Information Verification Act in North Carolina" (with Daniel A. Smith). Forthcoming, *Florida State University Law Review*.

"A Careful Look at Modern Case Selection Methods" (with Kevin M. Quinn). Forthcoming, *Sociological Methods & Research* (http://smr.sagepub.com/cgi/reprint/0049124114547053v1.pdf?ijkey=ZP7lLzaMolrruxb&keytype=ref).

"Precinct Closing and Wait Times in Florida during the 2012 General Election" (with Daniel A. Smith). *Election Law Journal* 14(3): 220-238. 2015.

"Race, Party, and the Consequences of Restricting Early Voting in Florida in the 2012 General Election" (with Daniel A. Smith). *Political Research Quarterly* 67(3): 646-665. 2014.

"The Effects of House Bill 1355 on Voter Registration in Florida" (with Daniel A. Smith). *State Politics & Policy Quarterly* 13(3): 279-305. 2013.

"Blacks, Hispanics, and Whites: A Study of Race-based Residual Vote Rates in Chicago." *American Politics Research* 41(2): 203-243. 2013.

"Alvin Greene? Who? How did he win the United States Senate nomination in South Carolina?" (with Joseph Bafumi, Seth J. Hill, and Jeffrey B. Lewis). *Election Law Journal* 11(4): 358-379. 2012.

"Souls to the Polls: Early Voting in Florida in the Shadow of House Bill 1355" (with Daniel A. Smith). *Election Law Journal* 11(3): 331-347. 2012.

"Leapfrog Representation and Extremism: A Study of American Voters and their Members in Congress" (with Joseph Bafumi). *American Political Science Review* 104(3): 519-542. 2010.

"Economic Crisis, Iraq, and Race: A Study of the 2008 Presidential Election" (with Seth J. Hill and Jeffrey B. Lewis). *Election Law Journal* 9(1): 41-62. 2010

"Prejudice, Black Threat, and the Racist Voter in the 2008 Presidential Election" (with Joseph Bafumi). *Journal of Political Marketing* 8(4): 334-348. 2009.

"Voting Technology and the 2008 New Hampshire Primary" (with Walter R. Mebane, Jr., and Jonathan N. Wand). *William & Mary Bill of Rights Journal* 17(2): 351-374. 2008.

"Ballot Formats, Touchscreens, and Undervotes: A Study of the 2006 Midterm Elections in Florida" (with Laurin Frisina, James Honaker, and Jeffrey B. Lewis). *Election Law Journal* 7(1): 25-47. 2008.

"Gerrymanders and Theories of Lawmaking: A Study of Legislative Redistricting in Illinois" (with Alan E. Wiseman). *Journal of Politics* 70(1): 151-167. 2008.

"Estimating the Effect of Redistricting on Minority Substantive Representation" (with David Epstein, Sharyn O'Halloran, and David Park). *Journal of Law, Economics, and Organization* 23(2): 499-518. 2007.

"Did Ralph Nader Spoil Al Gore's Presidential Bid? A Ballot-Level Study of Green and Reform Party Voters in the 2000 Presidential Election" (with Jeffrey B. Lewis). *Quarterly Journal of Political Science* 2(3): 205-226. 2007.

"Assessing Partisan Bias in Voting Technology: The Case of the 2004 New Hampshire Recount" (with Jonathan N. Wand). *Electoral Studies* 26(2): 247-261. 2007.

*Michael C. Herron*                                                                                              3

"Term Limits and Pork" (with Kenneth W. Shotts). *Legislative Studies Quarterly* 31(3): 383–404. 2006.

"Black Candidates and Black Voters: Assessing the Impact of Candidate Race on Uncounted Vote Rates" (with Jasjeet S. Sekhon). *Journal of Politics* 67(1): 154–177. 2005.

"Government Redistribution in the Shadow of Legislative Elections: A Study of the Illinois Member Initiatives Grant Program" (with Brett A. Theodos). *Legislative Studies Quarterly* 24(2): 287–312. 2004.

"Studying Dynamics in Legislator Ideal Points: Scale Matters." *Political Analysis* 12(2): 182–190. 2004.

"Logical Inconsistency in EI-based Second Stage Regressions" (with Kenneth W. Shotts). *American Journal of Political Science* 48(1): 172–183. 2004.

"Overvoting and Representation: An examination of overvoted presidential ballots in Broward and Miami-Dade counties Counties" (with Jasjeet S. Sekhon). *Electoral Studies* 22: 21–47. 2003.

"Using Ecological Inference Point Estimates as Dependent Variables in Second Stage Linear Regressions" (with Kenneth W. Shotts). *Political Analysis* 11(1): 44–64. 2003.

"Cross-contamination in EI-R" (with Kenneth W. Shotts). *Political Analysis* 11(1): 77–85. 2003.

"A Consensus on Second Stage Analyses in Ecological Inference Models" (with Christopher Adolph, Gary King, and Kenneth W. Shotts). *Political Analysis* 11(1): 86–94. 2003.

"The Butterfly Did It: The Aberrant Vote for Buchanan in Palm Beach County, Florida" (with Jonathan N. Wand, Kenneth W. Shotts, Jasjeet S. Sekhon, Walter R. Mebane, Jr., and Henry E. Brady). *American Political Science Review* 95(4): 793–810. 2001.

"Interest Group Ratings and Regression Inconsistency." *Political Analysis* 9(3): 260–274. 2001.

"Leadership and Pandering: A Theory of Executive Policymaking" (with Brandice Canes-Wrone and Kenneth W. Shotts). *American Journal of Political Science* 45(3): 532–550. 2001.

"Law and Data: The Butterfly Ballot Episode" (with Henry E. Brady, Walter R. Mebane, Jr., Jasjeet S. Sekhon, Kenneth W. Shotts, and Jonathan N. Wand). *PS: Political Science & Politics* 34(1): 59–69. 2001.

"Cutpoint-Adjusted Interest Group Ratings." *Political Analysis* 8(4): 346–366. 2000.

"Estimating the Economic Impact of Political Party Competition in the 1992 British Election." *American Journal of Political Science* 44(2): 326–337. 2000.

"Artificial Extremism in Interest Group Ratings and the Preferences versus Party Debate." *Legislative Studies Quarterly* 24(4): 525–542. 1999.

"Post-Estimation Uncertainty in Limited Dependent Variable Models." *Political Analysis* 8(1): 83–98. 1999.

"Measurement of Political Effects in the United States Economy: A Study of the 1992 Presidential Election" (with James Lavin, Donald Cram, and Jay Silver). *Economics & Politics* 11(1): 51–81. 1999.

"The Influence of Family Regulation, Connection, and Psychological Autonomy on Six Measures of Adolescent Functions" (with Melissa R. Herman, Sanford M. Dornbusch, and Jerald R. Herting). *Journal of Adolescent Research* 12(1): 34–67. 1997.

*Michael C. Herron*                                                                                     4

### Book chapters

"Wait Times and Voter Confidence: A Study of the 2014 General Election in Miami-Dade County" (with Daniel A. Smith, Wendy Serra, and Joseph Bafumi). Forthcoming in *The American Elections: Contexts and Consequences at the Midterms*, Tauna Sisco, Christopher Galdieri, and Jennifer Lucas, eds. Akron, OH: University of Akron Press.

"A Dynamic Model of Multidimensional Collective Choice" (with David P. Baron). In *Computational Models in Political Economy*, Ken Kollman, John H. Miller, and Scott E. Page, eds. Cambridge, MA: The MIT Press. 2003.

"Law and Data: The Butterfly Ballot Episode" (with Henry E. Brady, Walter R. Mebane Jr., Jasjeet Singh Sekhon, Kenneth W. Shotts, and Jonathan Wand). In *The Longest Night: Polemics and Perspectives on Election 2000*, Arthur J. Jacobson and Michel Rosenfeld, eds. Berkeley: University of California Press. 2002.

### Book reviews

*The Timeline of Presidential Elections: How Campaigns Do (and Do Not) Matter*, Robert S. Erikson and Christopher Wlezien. *Political Science Quarterly* 128(3): 552-553. 2013.

*Voting Technology: The Not-So-Simple Act of Casting a Ballot*, Paul S. Herrnson, Richard G. Niemi, Michael J. Hanmer, Benjamin B. Bederson, and Frederick C. Conrad. *Review of Policy Research* 25(4): 379-380. 2008.

### Other publications

"High ballot rejection rates should worry Florida voters" (with Daniel A. Smith). *Tampa Bay Times*, October 28, 2012.

"Logistic Regression." *The Encyclopedia of Political Science*, George Thomas Kurian, James E. Alt, Simone Chambers, Geoffrey Garrett, Margaret Levi, and Paula D. McClain, eds., Washington, D.C.: CQ Press. 2010.

"Using XEmacs Macros to Process ASCII Data Files." *The Political Methodologist* 13(2): 13–18. 2005.

"Ohio 2004 Election: Turnout, Residual Votes and Votes in Precincts and Wards" (with Walter R. Mebane, Jr.), in "Democracy At Risk: The 2004 Election in Ohio," report published by the Democratic National Committee. 2005.

"Poisson Regression." *The Encyclopedia of Social Science Research Methods*, Alan Bryman, Michael Lewis-Beck, and Tim Futing Liao, eds. Thousand Oaks, CA: Sage Publications, 2003.

"Pork barrel race to the bottom" (with Brett A. Theodos). *Illinois Issues* 29(2): 22–23. 2003.

"Teaching Introductory Probability Theory." *The Political Methodologist* 10(2): 2–4. 2002.

"Ballot cost Gore thousands of votes" (with Henry E. Brady and Jonathan N. Wand). *The San Diego Union–Tribune*, p. G3, November 19, 2000.

## Work in progress

"Grading, Student Choice, and Post-Education Welfare" (with Zachary D. Markovich and Samuel S. Marullo).

1

*Michael C. Herron*                                                                                   5

## Awards

Best Paper Award, State Politics and Policy Section, 2013 Annual Meeting of the American Political Science Association. *Getting Your Souls to the Polls: The Racial Impact of Reducing Early In-Person Voting in Florida* (with Daniel A. Smith).

## Grants

Committee for Scholarly Innovation and Advancement Awards, Dartmouth College, February, 2014. Project title: "The Dynamics of Voting Lines in Miami-Dade County." Financial support: $32,000.

The Rockefeller Center for Public Policy and the Social Sciences, Dartmouth College, May, 2006. Project title: "Large Scale Survey of Americans in Multiple Congressional Districts." Financial support: $8,500.

National Science Foundation, SES-041849, July, 2004. Project title: "A Ballot-Level Study of Intentional and Unintentional Abstention in Presidential Election Voting." Financial support: $65,749.

Nelson A. Rockefeller Center for the Social Sciences, Dartmouth College, January, 2004. Project title: "Intentional Invalid Votes in Leon County, Florida." Financial support: $1115.

American Enterprise Institute, August, 1999. Project title: "Tenure in Office and Congressional Voting" (with Kenneth W. Shotts). Financial support: $182,500.

University Research Grants Committee, Northwestern University, February, 1999. Project Title: "Representation, Policy Uncertainty, and Divided Government." Financial support: $4087.

Stanford University Graduate School of Business, 1997–1998 Academic Year. Dissertation Research Grant.

## Recent conference presentations

"A Simulation Study of Precinct Resources and Voter Wait Times in Hanover, New Hampshire," New Research on Election Administration and Reform, 2015, Massachusetts Institute of Technology, Cambridge, MA.

"Rejected Absentee Ballots in Florida," 2015 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

"Race, *Shelby County*, and the Voter Information Verification Act in North Carolina," 2014 Annual Meeting of the American Political Science Association, Washington, DC.

"A Model of Department Grading Policies and Student Choice," 2014 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

"Legislative District Compactness and Court Precedent," 2013 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

"High School History Textbook Coverage of the 2000 Presidential Election," 2010 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

"The Uses and Limitation of Hard Case Analysis," 2008 Northeast Political Methodology Meeting, New York, NY.

"The Uses and Limitation of Hard Case Analysis," 2008 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

*Michael C. Herron*                                                                                      6

"Voting Technology and the 2008 New Hampshire Primary," 2008 William & Mary School of Law Conference, *How We Vote*, Williamsburg, VA.

"Representation and American Political Institutions," 2007 Annual Meeting of the Midwest Political Science Association, Chicago, IL.

## Invited seminars

University of Iowa, 1999                     Columbia University, 2008
Boston University, 2000                      Northwestern University, 2008
Dartmouth College, 2000                      Princeton University, 2008
Harvard University, 2000                      Duke University, 2009
University of Minnesota, 2000                 Hertie School of Governance, 2010
University of Rochester, 2000                 Emory University, 2010
University of Wisconsin, Madison, 2000        University of Mannheim, 2011
Yale University, 2000                         University of Heidelberg, 2011
Columbia University, 2001                     University of Passau, 2012
University of California, Berkeley, 2002      University of Göttingen, 2012
University of Illinois, 2002                  Freie Universität Berlin, 2012
Brown University, 2003                        Laval University, 2012
Temple University, 2003                       University of Montreal, 2012
University of Chicago, 2003                   Middlebury College, 2013
New York University, 2004                     University of Illinois, Champaign, 2013
Princeton University, 2004                    University of Illinois, Chicago, 2013
University of Michigan, 2005                  University of Wisconsin, Madison, 2013
George Washington University, 2006            Yale University, 2014
Emory University, 2006                        University of Virginia, 2015
Harvard University, 2007                      University of California, San Diego, 2015
Loyola Law School, 2007                       American University, 2015
Columbia University, 2007                     Massachusetts Institute of Technology, 2015
University of Chicago, 2007                   Princeton University, 2015
Yale University, 2007                         University of California, Los Angeles, 2016
Stanford University, 2008                     The Ohio State University, 2016

## Teaching interests

Statistical Methods: introductory and advanced econometrics, research design, Bayesian statistics

American Politics: Congress, contemporary legislative theory, comparative legislative institutions, institutional design, elections, election irregularities

Political Economy: game theory

## Dartmouth College activities

Chair, Committee on Priorities, July, 2015–present.

Committee on Priorities, July, 2013–June, 2015.

American politics search committee, Department of Government, August, 2014–December, 2014.

1

*Michael C. Herron*                                                                                         7

Research Computing Director search committee, October, 2013 – October, 2014.

Senior Search Committee, Department of Government, 2013.

Research Computing Advisory Committee, Spring 2013.

Chair, American Politics Search Committee, Department of Government, 2012-2013.

Recruitment Planning Committee, Department of Government, 2010 and 2012-2013.

Committee on Standards, 2008-2010.

Task Force on Collaboration and Social Software, 2007-2008.

Biostatistics search committee, Dartmouth Medical School, 2006-2007.

Research Computing Oversight Committee, 2006.

Council on Computing, 2005-2007.

Clement Chair search committee, Department of Government, 2005-2006.

## Professional activities

Associate Editor, *Research & Politics*. November, 2016–present.

Editorial Board, *American Politics Research*. September, 2015–present.

Editorial Board, *USENIX Journal of Election Technology and Systems*. March, 2013–present.

Editorial Board, *Political Analysis*. January, 2010–present.

Editorial Board, *American Political Science Review*. 2010–2012.

Editorial Board, *American Journal of Political Science*. 2006–2009.

"Race, Voting Procedures, and New Developments in Voting Rights," panel organized for the 2013 Annual Meeting of the Midwest Political Science Association.

Division Chair, Formal Theory Section, 2007 Annual Meeting of the American Political Science Association.

Co-editor, *The Political Methodologist*. Fall, 2004–Spring, 2006.

Publications Committee of the Society for Political Methodology. 2005–2006.

1

*Michael C. Herron*                                                                                           8

## Reviewer for

| | |
|---|---|
| *American Journal of Political Science* | *Perspectives on Politics* |
| *American Political Science Review* | *Political Analysis* |
| *American Politics Quarterly* | *Political Behavior* |
| *American Politics Review* | *Political Research Quarterly* |
| *British Journal of Political Science* | *Political Science Research and Methods* |
| Cambridge University Press | *Political Studies* |
| Chapman & Hall | *Politics & Gender* |
| *Congress & the Presidency* | *Politics, Groups, and Identities* |
| *Du Bois Review* | *Policy Studies Journal* |
| *Economics & Politics* | Prentice Hall Higher Education Group |
| *Election Law Journal* | *Proceedings of the National Academy of Sciences* |
| *Electoral Studies* | *Public Administration* |
| *Emerging Markets Finance & Trade* | *Public Choice* |
| *Interest Groups & Advocacy* | *Public Opinion Quarterly* |
| John Wiley & Sons, Inc. | *PS: Political Science and Politics* |
| *Journal of Legal Studies* | *Quarterly Journal of Political Science* |
| *Journal of Money, Credit and Banking* | *The Social Science Journal* |
| *Journal of Politics* | *Sociological Methods & Research* |
| *Journal of Public Economics* | Springer |
| *Journal of Race, Ethnicity, and Politics* | *State Politics & Policy Quarterly* |
| *Journal of Theoretical Politics* | Time-Sharing Experiments for the Social Sciences |
| *Journal of Women, Politics & Policy* | The University of Michigan Press |
| *Legislative Studies Quarterly* | *World Politics* |
| The National Science Foundation | |

## Other employment

Intelligence Analyst and Military Officer, United States Air Force, Foreign Technology Division, Wright–Patterson Air Force Base, 1989–1992.