**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Richard Brakebill, Deloris Baker, Dorothy Herman, Della Merrick, Elvis Norquay, Ray Norquay, and Lucille Vivier, on behalf of themselves, <br><br> Plaintiffs, <br><br> vs. <br><br> Alvin Jaeger, in his official capacity as the North Dakota Secretary of State, <br><br> Defendants. | Civil No. 1:16-cv-8 |

# Declaration of Gabriel R. Sanchez, Ph.D.

I, Gabriel R. Sanchez, declare as follows:

1.     I am currently a Professor of Political Science and Executive Director of the Robert Wood Johnson Foundation Center for Health Policy at the University of New Mexico ("UNM"). I haver personal knowledge of the facts set forth in this declaration and could and would competently testify to those facts if asked to do so.

## I.    Qualifications.

2.     I have been on the faculty at UNM for the past 11 years. I also direct the Institute for Policy, Evaluation, and Applied Research (IPEAR) at UNM and have served as the American Economic Association's Minority Summer Training Program.

3.     I am a Principal at the research firm Latino Decisions.

4.     I have taught courses on American Politics, Racial and Ethnic Politics, Research Methodologies, Public Opinion and Survey Research, Health Policy, and more.  I completed my Ph.D. in Political Science at the University of Arizona in 2005, with an emphasis on racial

and ethnic politics and survey research methods. Professor John Garcia, a well-known expert in survey research methodology and minority politics, served as my principal dissertation advisor.

5.    I have conducted statewide public opinion surveys in Wisconsin, Pennsylvania, and Texas to assess rates of possession of voter identification. Previous courts have accepted these surveys as viable and accurate methods for determining ID possession rates by race and ethnicity. In 2014, in *Veasey v. Perry* (No. 13-CV-00193), the District Court, and later the Fifth Circuit Court of Appeals, that my survey was statistically accurate and reported clear evidence that Hispanics and African Americans were disproportionately impacted by the Texas voter ID law.

6.    My full professional qualifications and activities are set forth fully in my curriculum vitae, a true and correct copy of which I have attached as Exhibit A.

## II.    Scope of Work.

7.    The Plaintiffs retained me to examine and analyze the possession rates of valid voter identification in North Dakota. More specifically, Plainitiffs asked me to assess whether there were any differences in possession rates between the Native American eligible voting population and the non-Native American eligible voting population.

8.    I worked on this project with Dr. Matt A. Barreto. I have worked with Dr. Barreto on similar projects in the past. I understand that Dr. Barreto is submitting a declaration concurrently with mine that details our methodology and findings. I hereby incorporate paragraphs 11-57 of Dr. Barreto's declaration as if set forth in full.

Executed on June 20, 2016 at Albuquerque, New Mexico.

I declare under penalty of perjury that the foregoing is true and correct.


Gabriel R. Sanchez

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, the document titled "**Declaration of Gabriel R. Sanchez, Ph.D.**" was electronically filed with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing ("NEF") to:

Christopher S. Joseph
Assistant Attorney General
State Bar ID No. 07450
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
Email csjoseph@nd.gov

DATED:  June 20, 2016

By:  _/s Matthew Campbell_____
        Matthew Campbell

Matthew Campbell, NM Bar No. 138207, CO Bar No. 40808
mcampbell@narf.org
**NATIVE AMERICAN RIGHTS FUND**
1506 Broadway
Boulder, Colorado 80302
Phone: (303) 447-8760
Fax: (303) 443-7776

# EXHIBIT A

Gabriel R. Sanchez                    **Political Science**                    June 2016

**Educational History**

Ph.D. May 2005. University of Arizona. Tucson, AZ. Political Science. Fields: American Politics, Research Methods, Public Policy. "The Role of Group Consciousnees in Latino Political Behavior". John Garcia, Dissertation Advisor.

M.A. December 2002. University of Arizona. Tucson, AZ. Political Science.

B.A. May 2001. St. Mary's University. San Antonio. TX. Political Science. Minor, Mexican American Studies. *Cum Laude.*

**Employment History Part I**
*Faculty Positions*
Associate Professor. July 2011-Present. Department of Political Science. The University of New Mexico. Albuquerque, NM.

Assistant Professor. August 2005 – June 2011.  Department of Political Science. The University of New Mexico. Albuquerque, NM.

*Administrative Positions*
Executive Director. April 2014-Present. Robert Wood Johnson Foundation Center for Health Policy at the University of New Mexico. Albuquerque, NM.

Co-Director. August 2015-Present. Institute of Policy and Evaluation Research at the University of New Mexico. Albuquerque, NM.

Principal. January 2016-Present. Latino Decisions.

Director. March 2013-August 2015. American Economic Association Summer Training Program. Housed at the University of New Mexico, Albuquerque, NM.

Director of Research. May 2011-December 2015. Latino Decisions.

Assistant Director. July 2011-February 2013. Robert Wood Johnson Foundation Center for Health Policy at the University of New Mexico. Albuquerque, NM.

**Employment History Part II**

*Consultant/Expert Witness Research*

Co-Author of Expert Report (with Matt Barreto). 2014. For the prosecution in Texas voter ID lawsuit, Veasey v. Perry 2:13-cv-00193 [Referral: Chad Dunn]. Corpus Christi, TX.

Co-Author of Expert Report (with Matt Barreto). 2012. For the ACLU Foundation of Pennsylvania in voter ID lawsuit, Applewhite v. Commonwealth of Pennsylvania No. 330 MD 2012 [Referral: Vic Walczak]. Pennsylvania, PA.

Co-Author of Expert Report (With Matt Barreto). 2012. For the ACLU Foundation of Wisconsin in voter ID lawsuit, Frank v. Walker 2:11-cv-01128(LA) [Referral: Jon Sherman]. Milwaukee County, WI.

Testifying Expert for LULAC in Redistricting lawsuit. 2011. NM LULAC et al. vs. Duran et al. [Referral: Pablo Martinez]. New Mexico.

Author of Amicus Brief. 2009-2010. Brennan Center for Justice and Fried, Frank, Harris, Shriver & Jacobson LLP, 2009-10. Submitted to Indiana Supreme Court, League of Women Voters v. Rokita, regarding access to voter identification among minority and lower- resource citizens [Referral: Myrna Perez]. Indiana.

Author of Amicus Brief. 2007-2008. Brennan Center for Justice. Submitted to U.S. Supreme Court and cited in Supreme Court decision, Crawford v. Marion County, regarding access to voter identification among minority and lower-resource citizens [Referral: Justin Levitt]. Indiana.

### Affiliated Departments/Research Centers

Department of Family and Community Medicine, University of New Mexico. Albuquerque, NM.

Southwest Hispanic Research Institute, University of New Mexico. Albuquerque, NM.

Politics of Race, Immigration, and Ethnicity Consortium (PRIEC), University of California, Riverside.

Strategy Scholars Network (SSN) Cambridge, MA.

### Professional Recognition and Honors

"Faculty Excellence Award" 2015-2016 / 2007-2008. Faculty of Color Awards.

Community Leadership Network Fellow. 2014-2017. W. K. Kellogg Foundation.

"Service Award." 2015. American Society of Hispanic Economists.

"Top 40 Under 40 Leader in New Mexico". *Albuquerque Business Week Magazine*.

"Best Paper on Latino Politics Award." 2013. Western Political Science Association.

"Best Article Published in *Political Research Quarterly* in 2011 Award." 2012. *Political Research Quarterly.*

"Luminaria." 2010. UNM Presidential Award for Commitment to Diversity.

"Best Paper on State Politics and Policy." 2009. American Political Science Association.

Best Paper on Latino Politics Award. 2009 Western Political Science Association.

**Short Narrative Description of Research, Teaching, and Service Interests**

*Research:* My research agenda focuses on understanding the impact of racial and ethnic diversity on the U.S. political system. I currently have published one co-authored book, an edited volume, nine solo or co-authored book chapters, nineteen research articles in print in peer reviewed journals, and have eleven manuscripts accepted for publication in peer reviewed journals. My initial research program examined the role of group identity in Latino political behavior. Subsequent research has expanded on these themes, exploring the foundations of group identity across multiple racial/ethnic groups. My pursuit of group identity among racial/ethnic groups will continue to be the core of my research agenda, as reflected in the working papers I have at various stages. I have also engaged in a major research program with my colleague Michael Rocca on the dynamics of minority congressional representation. We have five manuscripts accepted for publication with multiple manuscripts in development within this area. Following tenure and promotion, I also initiated a third major research agenda focused on how race and ethnicity influence public attitudes toward health policy, as well as racial and ethnic health outcomes. This new research program has produced three published articles, and I have three additional papers accepted for publication. There are several additional manuscripts at various stages of the research process focused on health policy with junior scholars under my mentorship. I have also been very active in sponsored research, serving as PI or Co-PI on 17 grants/contracts with a total of $5,894,352 in direct funding, $525,104.73 in in-direct funding, $6,419,456.73 overall. I also direct a vibrant research center at UNM that has generated $7,518,762 in direct and $1,198,059 in in-direct funding under my leadership.

*Teaching:* My teaching at UNM has included eleven sections of American Politics (PS 200), including two sections of Freshman Learning Community versions, courses that are designed with collaborative learning methods intended to engage students through active learning.  I have also led six sections of Racial and Ethnic Politics (PS 307), three sections of Public Opinion and Electoral Behavior (PS 305), and two graduate Research Seminars in Racial and Ethnic Politics (PS 511). I have received strong evaluations from students across all courses. I have also developed and taught two sections of a "Job Market Preparation" course that has had a marked impact on the placements of graduate students in the social sciences at UNM, and have given multiple workshops at the ICPSR Summer Program at the University of Michigan. I have chaired two PhD committees, and have several doctoral and masters students under my supervision as chair or committee member. I have published several manuscripts (many more in development) with PhD students from UNM and other institutions, and I have mentored several promising undergraduates. Finally, I have mentored multiple post-docs and junior faculty associated with the RWJF Center for Health Policy, as well as junior faculty outside of UNM. I have emphasized mentoring heavily in my career, and I have been recognized for my efforts with multiple UNM Faculty of Color Awards and the inaugural "Luminaria" Presidential award for commitment to diversity in mentoring.

**Scholarly Achievements**

**Books Authored or Co-authored**

Garcia, Chris, and Gabriel R. Sanchez. 2008. *Hispanics and the U.S. Political System: Moving Into the Mainstream.* Upper Saddle River, NJ: Pearson: Prentice Hall. 462 pages.

Garcia, John A., Gabriel R. Sanchez, and J. Salvador Peralta. 2009. *Latino Politics: A Growing and Evolving Political Community (A Reference Guide)*. Tucson, Arizona: The University of Arizona Libraries. Published Electronically: http://uair.library.arizona.edu/.../latinopolitics/Latino_Politics_Full_eBook.pdf.

**Books Edited or Co-edited**

Fraga, Luis, Ricardo Ramirez, and Gabriel R Sanchez. Latinos and the 2016 Election. Lansing, MI: Michigan State University Press. Under Contract.

Sanchez, Gabriel R. (Editor). 2015. *Latinos and the 2012 Election: The new face of the American voter*. Lansing, MI: Michigan State University Press. 248 Pages.

**Articles Published in Refereed Journals**

Sanchez, Gabriel R, and Shannon Sanchez-Youngman. 2013. "The Politics of the Health Care Reform Debate: Public Support of Including Undocumented Immigrants and Their Children in Reform Efforts." *International Migration Review* 47(2): 442-473.

Sanchez, Gabriel R,  Jillian Medeiros, and R. Burciaga Valdez. 2012. "Tough Times, Tough Choices: The Impact of the Rising Medical Costs on the US Latino Population's Health Care Seeking Behaviors." *Journal of Health Care for the Poor and Underserved* 23(4): 1383-1398.

Sanchez, Gabriel R, Jillian Medeiros and Shannon Sanchez-Youngman. 2012. "The Impact of Health Care and Immigration Reform on Latino Support for President Obama and Congress" *Hispanic Journal of Behavioral Sciences* 34(1): 3-22.

Sanchez, Gabriel R., and Jason L. Morin. 2011. "The Effect of Descriptive Representation on Latinos' Views of Government and of Themselves." *Social Science Quarterly* 92(2): 483-508.

Rocca, Michael, Gabriel R. Sanchez, and Jason Morin. 2011. "The Institutional Mobility of Minorities in Congress." *Political Research Quarterly* 64(4): 897-909. [Awarded "Best Article Published in PRQ" for 2011].

Sanchez, Gabriel R, Shannon Sanchez-Youngman, Amy Sue-Goodin, Amelia Rousse, and Richard Santos. 2011. "Explaining Public Support (or Lack Thereof) for Extending Health Coverage to Undocumented Immigrants." *Journal of Health Care for the Poor and Underserved* 22(2): 683-699.

Sanchez, Gabriel R, and Natalie Masouka. 2010. "Brown Utility Heuristic? The Presence and Contributing Factors of Latino Linked Fate." *The Hispanic Journal of Behavioral Sciences* 32(4): 519-531.

Manzano, Sylvia, and Gabriel R. Sanchez. 2010. "Take One for The Team: Ethnic Identity, Candidate Qualification and Co-Ethnic Voting." *Political Research Quarterly* 63(3): 568-580.

Lavariega-Monforti, Jessica, and Gabriel R. Sanchez. 2010. "The Politics of Perception: An Investigation of the Presence and Source of Perceived Discrimination Toward and Among Latinos." *Social Science Quarterly* 90(1): 245-265.

Sanchez, Gabriel R. Amy Sue-Goodin, Amelia Rousse, and Richard Santos. 2010. "The Impact of Ethnicity on Attitudes Toward Health Care Reform in New Mexico." *The Social Science Journal* 47(2): 326-343.

Rocca, Michael, Gabriel R. Sanchez, Uscinski, Joe, and Marina Brenden. 2009. "Congress and Foreign Policy: Congressional Action on the Darfur Genocide." *PS: Political Science and Politics* 42(3): 489-496.

Marks, Mara, Stephen Nuno, and Gabriel R. Sanchez. 2009. "Look Back in Anger: Voter Opinions of Mexican Immigrants in the Aftermath of the 2006 Immigration Demonstrations." *Urban Affairs Review* 44(5): 695-717. [Article was part of a special Issue on Immigration Protests].

Rocca, Michael, Gabriel R. Sanchez, and Ron Nikora. 2009. "The Role of Personal Attributes in African American Roll-Call Voting Behavior." *Political Research Quarterly* 62(2): 408-414.

Barreto, Matt, Stephen Nuno, and Gabriel R. Sanchez. 2009. "The Disproportionate Impact of Indiana Voter ID Requirements on the Electorate." *PS: Political Science and Politics* 42(2): 111-116. [Article was part of a symposium in this issue].

Sanchez, Gabriel R. "Latino Group Consciousness and Perceptions of Commonality With African Americans." 2008. *Social Science Quarterly* 89(2): 428-444.

Rocca, Michael, Gabriel R. Sanchez, and Joe Uscinski. 2008. "Personal Attributes and Latino Voting in Congress." *Social Science Quarterly* 89(2): 392-405.

Rocca, Michael and Gabriel R. Sanchez. 2008. "The Effect of Race and Ethnicity on Bill Sponsorship and Co-sponsorship in Congress." *American Politics Research* 36(1): 130-152.

Sanchez, Gabriel R. 2006. "The Role of Group Consciousness in Latino Public Opinion." *Political Research Quarterly* 59(3): 435-446.

Sanchez, Gabriel R. 2006. "The Role of Group Consciousness In Political Participation Among Latinos in The United States." *American Politics Research* 34(4): 427-451.

**Articles Appearing in Chapters in Edited Volumes**

Garcia, F. Chris, Christine Sierra, and Gabriel R Sanchez. "Hispanos in the 2008 Elections in New Mexico." In *Latinos in the 2008 Election*, ed. David Leal. Notre Dame: University of Notre Dame Press. Forthcoming.

Sanchez, Gabriel R, and Shannon Sanchez-Youngman. 2015. "The 2012 Latino Vote in New Mexico, Immigration Emerges in Unexpected Ways." In *Latinos and the 2012 Election: The new face of the American voter*, ed. Gabriel R. Sanchez. Lansing, MI: Michigan State University Press.

Sanchez, Gabriel R, and Shannon Sanchez-Youngman. 2015. "New Mexico Demographics and Politics." In *New Mexico 2050*, ed. Fred Harris. Albuquerque, NM: University of New Mexico Press.

Barreto, Matt A., and Gabriel R. Sanchez. 2014. "A 'Southern Exception' in Black-Latino Attitudes? Perceptions of Competition with African Americans and Other Latinos." In *Latino Politics in Ciencia Politica: The search for Latino identity and racial consciousness,* eds. Tony Affigne, Evelyn Hu-Dehart, and Marion Orr. New York: New York University Press.

Sanchez, Gabriel R. 2014. "Obamacare from the Latino Perspective." In *Latino America: How America's Most Dynamic Population is Poised to Transform the Politics of the Nation,* ed. Matt Barreto and Gary Segura. Philadelphia: Public Affairs Books.

Sanchez, Gabriel R, and Jillian Medieros. 2013. "The Economy and Latinos-Trying to find 'Affordable Care' with High Medical Costs and the Economic Recession." In *The Economic Status of the Hispanic Population*, ed. Marie Mora. Charlotte, NC: Information Age Publishing.

Barreto, Matt, Gabriel R. Sanchez, and Ben Gonzalez. 2013. "Rainbow Coalition in the Golden State? Exposing Myths, Uncovering New Realities in Latino Attitudes Towards Blacks*."* In *Black and Brown Los Angeles: Beyond conflict and coalition*, ed. Laura Pulido and Josh Kun. Berkeley: University of California Press.

Sanchez, Gabriel R., and Vickie D. Ybarra. 2013. "Lessons from Political Science: Health Status and Improving How We Study Race." In *Mapping Race: Critical Approaches to Health Disparities Research,* eds. Laura E. Gomez and Nancy Lopez. New Brunswick, NJ: Rutgers University Press.

Barreto, Matt, Gabriel R. Sanchez, and Jason Morín. 2010. "Perceptions of Competition Between Latinos and Blacks: The Development of a Relative Measure of Inter-Group Competition." In *Black-Brown Relations*, ed. Edward Telles, Gaspar Rivera-Salgado, and Sylvia Zamora. New York: Russell Sage.

Garcia, John A, and Gabriel R. Sanchez. 2004. "Electoral Politics*."* Latino Political Participation in the Next Millennium*, ed. S. Navarro and A. Mejia. Santa Barbara: ABC-CLIO Publishers. 121-169.

**Other Scholarly Works**

Sanchez, Gabriel R., Sam Howarth, Mia Livaudais, and Barbara Gomez-Aguinaga. "Health Care Costs Remain an Issue for Hispanics in New Mexico." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, September 4, 2015.

Sanchez, Gabriel R., Sam Howarth, and Mia Livaudais. "Results from a New Health Survey in New Mexico Provides New Insights About the Affordable Care Act." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, August 13, 2015. http://healthpolicy.unm.edu/sites/default/files/Results%20From%20a%20New%20Survey%20of%20His panics%20in%20New%20Mexico%20Provides%20New%20Insights%20About%20the%20Affordable%20 Care%20Act.pdf

6

Sanchez, Gabriel R., Francisco Pedraza, and Edward Vargas. "Healthcare in the Shadows." Latino Decisions. May 2015. http://www.latinodecisions.com/blog/2015/05/27/healthcare-in-the-shadows/.

Sanchez, Gabriel R, Francisco Pedraza, and Edward Vargas. "The Impact of the Affordable Care Act on Latino Access to Health Insurance." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, April 1, 2015. http://healthpolicy.unm.edu/sites/default/files/ACA_2015_Research_Brief_FINAL.pdf.

Sanchez, Gabriel R, Francisco Pedraza, and Edward Vargas. "Obamacare's Impact on Latino Access to Health Insurance." Huffington Post Article, March 25, 2015.http://www.huffingtonpost.com/latino-decisions/obamacares-impact-on-lati_b_6937960.html.

Sanchez, Gabriel R. "Latino Health Care 5 Years After the ACA: Findings from the Latino National Health and Immigration Survey." Latino Decisions, March 2015. http://www.latinodecisions.com/blog/2015/03/26/latino-health-care-5-years-after-the-aca-findings-from-the-latino-national-health-and-immigration-survey/.

Sanchez, Gabriel R. "National Latino Health Survey: More Latinos Have Health Insurance; Gaps and Challenges Remain." Latino Decisions, March 2015. http://www.latinodecisions.com/blog/2015/03/25/national-latino-health-survey-more-latinos-have-health-insurance-gaps-and-challenges-remain/.

Sanchez, Gabriel R. "State of the Union Preview: Latino Voters Support of Tax Reform." Latino Decisions, January 2015. http://www.latinodecisions.com/blog/2015/01/20/state-of-the-union-preview-latino-voters-support-of-tax-reform/.

Sanchez, Gabriel R, and Edward Vargas. "Hispanic Voting Bloc Gaining Political Clout." Albuquerque Journal Op-Ed, April 13, 2015. http://www.abqjournal.com/568357/opinion/hispanic-voting-bloc-gaining-political-clout.html.

Sanchez, Gabriel R. "Congressman Lujan is Ideal Choice for DCCC Chair." Latino Decisions, December 2014. http://www.latinodecisions.com/blog/2014/12/01/congressman-lujan-is-ideal-choice-for-dccc-chair/.

Sanchez, Gabriel R. "The Politics of Latino Representation in New Mexico." Latino Decisions, September 2014. http://www.latinodecisions.com/blog/2014/09/19/the-politics-of-latino-representation-in-new-mexico/.

Sanchez, Gabriel R., and Yajaira Johnson-Esparza. "A Closer Look at Contributors to Stress for Latinos." Culture of Health, Robert Wood Johnson Foundation. July 22, 2014. http://www.rwjf.org/en/culture-of-health/2014/07/a_closer_look_atcon.html.

Barreto, Matt and Gabriel R. Sanchez. "Deep Familial Connections to Land Drives Hispanic Conservation Attitudes." Latino Decisions, June 2014. http://www.latinodecisions.com/blog/2014/06/24/deep-familial-connections-to-land-drives-hispanic-land-conservation-attitudes/.

Sanchez, Gabriel R. "New Poll Confirms Hispanics Overwhelmingly Support Protecting Public Lands." Latino Decisions, June 2014. http://www.latinodecisions.com/blog/2014/06/11/new-poll-confirms-hispanics-overwhelmingly-support-protecting-public-lands/.

Sanchez, Gabriel R. "Ties to Undocumented and Deported Make Immigration A Priority Issue and Drive Presidential Approval." Latino Decisions, May 2014. http://www.latinodecisions.com/blog/2014/05/23/ties-to-undocumented/.

Valdez, R. Burciaga, and Gabriel R. Sanchez. "State-Level Field Network Study of the Implementation of the Affordable Care Act." The Rockefeller Institute of Government, State University of New York and the Institute of Government, University of Pennsylvania.  March 2014. http://www.rockinst.org/aca/states/New_Mexico/2014-03-New_Mexico_Round_One.pdf.

Sanchez, Gabriel R. "Punitive Immigration Policy in the American States." Latino Decisions, February 2014. http://www.latinodecisions.com/blog/2014/02/12/punitive-immigration-policy-in-the-american-states/.

Sanchez, Gabriel R. "Latino Decisions research critical to overturning Pennsylvania Voter-ID law." Latino Decisions, January 2014. http://www.latinodecisions.com/blog/2014/01/27/latino-decisions-research-critical-to-overturning-pennsylvania-voter-id-law/.

Sanchez, Gabriel R. "The Most Effective Messaging to Reach Latinos on Enrollment." *Enroll America,* December 18, 2013. https://www.enrollamerica.org/blog/2013/12/effective-aca-messaging-latinos/.

Sanchez, Gabriel R. "The Consequences of Delaying Spanish Language ACA Enrollment Tools." Latino Decisions, December 2013. http://www.latinodecisions.com/blog/2013/12/03/the-consequences-of-delaying-spanish-language-aca-enrollment-tools/.

Sanchez, Gabriel R., and Kenia Morales. "Latino Focused Messaging Increases Knowledge of the ACA." Latino Decisions, November 2013. http://www.latinodecisions.com/blog/2013/11/12/latino-focused-messaging-increases-knowledge-of-the-aca/.

Sanchez, Gabriel R. "The Implications of CIR on Latino Political Behavior." Latino Decisions, October 2013. http://www.latinodecisions.com/blog/2013/10/11/the-implications-of-cir-on-latino-political-behavior/.

Sanchez, Gabriel R. "Why the Success of Health Care Reform Depends on Energetic and Nuanced Outreach to Latinos." Policy Brief of Scholars Strategy Network, September, 2013.

Sanchez, Gabriel R. "Latinos at Intersection of ACA and CIR." Latino Decisions, August 2013. http://www.latinodecisions.com/blog/2013/08/23/latinos-at-intersection-of-aca-and-cir/.

Sanchez, Gabriel R. "New Perspectives on Latinos and the Affordable Care Act." Latino Decisions, May 2013. http://www.latinodecisions.com/blog/2013/05/29/new-perspectives-on-latinos-and-the-affordable-care-act/.

Sanchez, Gabriel R. "New Results from the Colorado Latino Health Care Survey." Latino Decisions, May 2013. http://www.latinodecisions.com/blog/2013/05/21/new-results-from-the-colorado-latino-health-care-survey/.

Sanchez, Gabriel R. "The Untapped Potential of the Latino Electorate." Latino Decisions, January 2013. http://www.latinodecisions.com/blog/2013/01/15/the-untapped-potential-of-the-latino-electorate/.

Sanchez, Gabriel R. "The Implications of CIR on Latino Political Behavior." *America's Voice, October 2013. http://americasvoice.org/blog/the-implications-of-cir-on-latino-political-behavior/.*

Sanchez, Gabriel R, and Lisa Sanchez. "The Entry of U.S. Latinos into High Profile Political Positions." Entry in the *Encyclopedia of Latino Issues Today*, published by Greenwood Press/ABC-CLIO.

Sanchez, Gabriel R. "The 2012 Latino Electorate: Results and Resources." Latino Decisions, November 2012. http://www.latinodecisions.com/blog/2012/11/10/the-2012-latino-electorate-results-and-resources/.

Sanchez, Gabriel R. "ImpreMedia/Latino Decisions Election Eve Poll: The 2012 Latino Electorate." Latino Decisions, November 2012. http://www.latinodecisions.com/blog/2012/11/05/impremedialatino-decisions-election-eve-poll-the-2012-latino-electorate/.

Sanchez, Gabriel R. "The Context of Immigration Policy in New Mexico Reflects National Trends." Latino Decisions, October 2012. http://www.latinodecisions.com/blog/2012/10/31/the-context-of-immigration-policy-in-new-mexico-reflects-national-trends/.

Sanchez, Gabriel R. "Popular GOP Governor Martinez Disagrees with 47%." Latino Decisions, September 2012. http://www.latinodecisions.com/blog/2012/09/26/popular-gop-governor-martinez-disagrees-with-47/.

Sanchez, Gabriel R. "Mitt Romney's Magic Number." Latino Decisions, September 2012. http://www.latinodecisions.com/blog/2012/09/01/mitt-romneys-magic-number/.

Sanchez, Gabriel R. "The State of Play in New Mexico: The Role of 2010 Winners in 2012 Race." Latino Decisions, July 2012. http://www.latinodecisions.com/blog/2012/07/15/the-state-of-play-in-new-mexico-the-role-of-2010-winners-in-2012-race/.

Sanchez, Gabriel R. "The Implications of ACA Ruling on Latino Voting Behavior." Latino Decisions, July 2012. http://www.latinodecisions.com/blog/2012/07/03/the-implications-of-aca-ruling-on-latino-voting-behavior/.

Ramirez, Ricardo, Gabriel R. Sanchez, and Shannon Sanchez-Youngmann. "Indentifying a relationship between Latino representation in Congress and trust in government." Latino Decisions, May 2012. http://www.latinodecisions.com/blog/2012/05/03/identifying-a-relationship-between-latino-representation-in-congress-and-trust-in-government/.

Sanchez, Gabriel R. "Taking a Closer Look at Latino Pan-Ethnic Identity." Latino Decisions, April 2012. http://www.latinodecisions.com/blog/2012/04/18/taking-a-closer-look-at-latino-pan-ethnic-identity/.

Sanchez, Gabriel R., Stephen A. Nuno, and Matt A. Barreto. "Racial and Ethnic Differences in Access to Photo-ID in Texas." Latino Decisions, March 2012. http://www.latinodecisions.com/blog/2012/03/21/racial-and-ethnic-differences-in-access-to-photo-id-in-texas/.

Sanchez, Gabriel R. "Language Translation and Latino Health Outcomes." Latino Decisions, January 2012. http://www.latinodecisions.com/blog/2012/01/16/language-translation-and-latino-health-outcomes/.

Sanchez, Gabriel R. "Searching for a National Latino Leader." Latino Decisions, January 2012. http://www.latinodecisions.com/blog/2012/01/04/searching-for-national-latino-leader/.

Sanchez, Gabriel R. "Potential Latino VP Candidates Largely Unknown by Voters." Latino Decisions, November 2011. http://www.latinodecisions.com/blog/2011/11/14/potential-latino-vp-candidates-largely-unknown-by-voters/.

Sanchez, Gabriel R. "Results from new Univision News/Latino Decisions Survey." Latino Decisions, November 2011. http://www.latinodecisions.com/blog/2011/11/09/results-from-new-univision-newslatino-decisions-survey/.

Sanchez, Gabriel R., Jillian Medeiros, and Sam Howarth. "Latinos' Attitudes Toward the Patient Protection and Affordable Care Act." Latino Decisions, October 2011. Latino Decisions, October 2011. http://www.latinodecisions.com/blog/2011/10/20/latinos-attitudes-toward-the-patient-protection-and-affordable-care-act/.

Sanchez, Gabriel R, Jillian Medeiros, and Sam Howarth. "Latino Attitudes Toward the Patient Protection and Affordable Care Act." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, October, 2011.

Sanchez, Gabriel R. "A Lighter Shade of Brown?: Latino Racial Identification Stabilizes Declining U.S. White Population." Latino Decisions, October 2011. http://www.latinodecisions.com/blog/2011/10/03/a-lighter-shade-of-brown-latino-racial-identification-stabilizes-declining-u-s-white-population/.

Segura, Gary, and Gabriel R. Sanchez. "A Response to White Ayres' Response." Latino Decisions, September 2011. http://www.latinodecisions.com/blog/2011/09/22/a-response-to-whit-ayers-response/.

Sanchez, Gabriel R. "High Stakes: Thursday's Presidential Address is Critical to Latino Voters." Latino Decisions, September 2011. http://www.latinodecisions.com/blog/2011/09/05/high-stakes-thursdays-presidential-address-is-critical-to-latino-voters/.

Sanchez, Gabriel R. "Immigration is Personal for Latinos." Latino Decisions, July 2011. http://www.latinodecisions.com/blog/2011/07/18/immigration-policy-is-personal-for-latinos/.

Sanchez, Gabriel R., Stephen A. Nuno, and Matt A. Barreto. "The Disproportionate Impact of Photo-ID Laws on the Minority Electorate." Latino Decisions, May 2011. http://www.latinodecisions.com/blog/2011/05/24/the-disproportionate-impact-of-stringent-voter-id-laws/.

Sanchez, Gabriel R. "Losing Traction? Latino Support for Affordable Care Act Remains High but Shows Some Signs of Faltering." Latino Decisions, March 2011. http://www.latinodecisions.com/blog/2011/03/21/losing-traction-latino-support-for-affordable-care-act-remains-high-but-shows-some-signs-of-faltering/.

Sanchez, Gabriel R., Jillian Medeiros, and Vickie Ybarra. "Hispanic Vote will decide next Governor of New Mexico." Latino Decisions, October 2010. http://www.latinodecisions.com/blog/2010/10/19/hispanic-vote-next-governor-new-mexico/.

Sanchez, Gabriel R. "Latinos Clearly Support the Inclusion of Non-Citizens in Healthcare Reform Efforts." Latino Decisions, December 2009. http://www.latinodecisions.com/blog/2009/12/03/latinos-clearly-support-the-inclusion-of-non-citizens-in-healthcare-reform-efforts/.

Sanchez, Gabriel R, and Jillian Medeiros. "Latinos' Views on Health Care Reform in the Midst of the Historic Congressional Debates of 2009." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, December, 2009.

Sanchez, Gabriel R, Amy Sue Goodin, Amelia Rouse, Richard Santos, and Robert Berrens."The Public's View on Health Care Reform prior to the 48th Legislative Second Session 2008." Policy Brief of the Robert Wood Johnson Foundation Center for Health Policy of the University of New Mexico, Albuquerque, NM, January, 2008.

Barreto, Matt, Stephen Nuño, and Gabriel R. Sanchez. "The Disproportionate Impact of Indiana Voter ID Requirements on the Electorate." Amicus Brief Submitted to the U.S. Supreme Court, Commissioned by the Brennan Center for Justice, 2007.

**Media Citations (Sample)**

Montagne, Renee. "NM's Primary Could Predict how Latinos Vote in November." Morning Edition, *National Public Radio*, May, 25, 2015. http://www.npr.org/2016/05/25/479420323/n-m-s-primary-could-predict-how-latinos-vote-in-november

Metcajf, Richard. New Mexico Taking the Lead on US Election." The Albuquerque Journal, October 15, 2015. http://www.abqjournal.com/660364/abqnewsseeker/nm-taking-the-lead-in-elected-latinos.html

Linthicum, Kate. "Donald Trump's comments offend many U.S. Latinos, but not all." *The Los Angeles Times,* July 23, 2015. http://www.latimes.com/nation/politics/la-na-trump-latinos-20150723-story.html#page=1.

Browstein, Ronald. "Support for the Affordable Care Act Breaks Down Along Racial Lines." *National Journal,* March 31 2015. http://www.nationaljournal.com/next-america/newsdesk/support-for-the-affordable-care-act-breaks-down-along-racial-lines-20150331.

Demko, Paul. "Experts see big price hikes for Obamacare." *Politico,* May 30, 2015. http://www.politico.com/story/2015/05/how-affordable-is-the-affordable-care-act-118428.html.

Fellows, Jacqueline. "Access Improves for Latinos, But Key Age Group Left Behind." *HealthLeaders Media,* March 26, 2015. http://healthleadersmedia.com/content.cfm?topic=PHY&content_id=314724.

EFE. "Latinos creen que existe un clima antiimigrante en EEUU." *La Opinion,* March 25, 2015. http://www.laopinion.com/encuesta-actitud-hostil-inmigrantes-hispanos-usa.

Lilley, Sandra. "Latinos Talk Health, Discrimination, Immigration in New Poll." *NBC News,* March 24, 2015. http://www.nbcnews.com/news/latino/poll-latinos-talk-health-discrimination-immigration-n329211.

Dent, Marialle. "Legislators pass blame for unpassed bills." *The Daily Lobo,* March 23, 2015. http://www.dailylobo.com/article/2015/03/23-leg-session-wrap-up.

Gonzalez, Pedro. "The Authoritative Hispanic View of Global Warming." *American Thinker,* February 10 2015. http://www.americanthinker.com/blog/2015/02/the_authoritative_hispanic_view_of_global_warming.html.

Davenport, Coral. "Climate is a Big Issue for Hispanics, and Personal." *The New York Times,* February 9, 2015. http://www.nytimes.com/2015/02/10/us/politics/climate-change-is-of-growing-personal-concern-to-us-hispanics-poll-finds.html?_r=0.

Wilson, Teddy. "GOP Majority in New Mexico Legislature Leaves Reproductive Rights in Doubt." RH Reality Check, December 5, 2014. http://rhrealitycheck.org/article/2014/12/05/gop-majority-new-mexico-legislature-leaves-reproductive-rights-doubt/.

Spitz, Stephen. "The 2014 Midterm: Who won the big races in New Mexico?" *Interviews by Stephen Spitz,* New Mexico NPR affiliate KUNM, November 7, 2014. http://www.stephenspitz.com/2014/11/the-2014-election-who-won-the-big-races-in-new-mexico/.

Monteleone, James. "Martinez campaign hit on all cylinders." *Albuquerque Journal,* November 6 2014. http://www.abqjournal.com/492100/news/martine-zcampaign-hit-on-all-cylinders.html.

Boyd, Dan. "GOP wins control of NM House." *Albuquerque Journal,* November 4, 2014. http://www.abqjournal.com/491495/news/control-of-70-seat-new-mexico-house-hangs-in-balance.html.

Conroy, Scott. "More Hispanic than thou?" *Real Clear Politics,* October 6 2014. http://www.realclearpolitics.com/articles/2014/10/06/more_hispanic_than_thou_124189.html.

Ayres, Kayla. "King, Martinez agree to Spanish-language debate." KRQE News 13, September 29, 2014. http://krqe.com/2014/09/29/king-martinez-agree-to-spanish-language-debate/.

Schwartz, Dan. "San Juan County was not always a Republican stronghold." *The Farmington Daily Times.* September 25, 2014. http://www.daily-times.com/four_corners-news/ci_26608768/san-juan-county-was-not-always-republican-stronghold.

Blades, Meteor. "This week on the war on voting: Victory on voter ID in WI, free ID in AL, ACLU sues over OH changes." *The Daily Kos,* May 3, 2014. http://www.dailykos.com/story/2014/05/03/1296308/-This-week-in-the-war-on-voting-Victory-on-voter-ID-in-WI-free-ID-in-AL-ACLU-sues-over-OH-changes.

Associated Press. "Health care website frustrates Spanish speakers." *Fox News Politics,* January 13, 2014. http://www.foxnews.com/politics/2014/01/13/health-care-website-frustrates-spanish-speakers/.

Reinhard, Beth. "How Obamacare Glitches Could Put Hispanics in Play: The health law's enrollment problems are chipping away at what was once strong support for the ACA among a core group of Democratic voters." *The National Journal,* November 4, 2013. http://www.nationaljournal.com/politics/how-obamacare-glitches-could-put-hispanics-in-play-20131104.

Hilf, Aaron. "NM experiencing doctor shortage." KOAT 7 ABC News, September 27, 2013. http://www.koat.com/news/new-mexico/albuquerque/nm-experiencing-doctor-shortage/22145728.

St. Cyr, Peter. "American DREAMers: As immigration reform moves to the forefront, DREAMers say much work remains to be done." *Santa Fe Reporter,* August 21, 2013. http://www.sfreporter.com/santafe/article-7643-american-dreamers.html.

Carrero, Jacqueline. "One-year extension for companies to implement health care law." *NBC Latino,* July 3, 2013. http://nbclatino.com/2013/07/03/one-year-extension-for-companies-to-implement-health-care-law/.

Gustavus, Sarah. "New Mexico's Politics Rooted in History." KPBS, November 2, 2012. http://www.kpbs.org/news/2012/nov/02/new-mexicos-politics-rooted-history/.

Younge, Gary. "The Evolution of the American voter: 'The tectonic plaes of politics are shifting'." *The Guardian,* October 24, 2012. http://www.theguardian.com/world/2012/oct/24/american-voter-politics-shifting-younge.

Harris, Paul. "Marco Rubio v Julian Castro: the battle for 50m Hispanic votes." *The Guardian,* September 8, 2012. http://www.theguardian.com/world/2012/sep/08/julian-castro-marco-rubio.

Marrero, Pilar. "Republican candidates do not resonate with Latinos." *La Opinion.* Latino Decisions, October 2011. http://www.latinodecisions.com/blog/2011/10/17/republican-candidates-do-not-resonate-with-latinos/.

Marrero, Pilar. "Latinos support health care reform but not mandate." *La Opinion.* Latino Decisions, October 2011. http://www.latinodecisions.com/blog/2011/10/13/latinos-support-health-care-reform-but-not-mandate/.

Denton, Sally. "The Man Obama Double-Crossed." *The Daily Beast,* March 12, 2009. http://www.thedailybeast.com/articles/2009/03/12/the-man-obama-double-crossed.html.

Glaister, Dan. "Candid Obama urges Hispanic voters to flex their muscles." *The Guardian,* October 1, 2008. http://www.theguardian.com/world/2008/oct/02/democrats.newmexico.

**Works in Progress**

***Accepted for publication***

Vargas, Eduardo, Gabriel R Sanchez, and Melina Juarez. "Investigation of Latinos' Perceptions of Immigrant Policy and Health Outcomes." Forthcoming at the J*ournal of Health Politics, Policy and Law.*

Huyser, Kimberly, Gabriel R. Sanchez, and Edward Vargas. "Civic Engagement and Political Participation among American Indians and Alaska Natives in the United States." Forthcoming at *Politics of Groups and Identities*.

Garcia, John, Gabriel R. Sanchez, Edward Vargas, and Nadia Winston. "Latino or Mexicano?: The Relationship between Socially Assigned Race and Experiences with Discrimination." Forthcoming at *Sociology of Race and Ethnicity*.

Sanchez, Gabriel R, and Eduardo Vargas. "Taking a Closer Look at Group Identity: The Link Between Theory and Measurement of Group Consciousness and Linked Fate." Forthcoming at *Political Research Quarterly*.

Sanchez, Gabriel R, Vickie Ybarra, and Lisa Sanchez. "Racialized Nativism in State Policy: The Great Recession and Punitive Immigration Policy in the American States, 2005-2010." Forthcoming at *State Politics and Policy Quarterly*.

Sanchez, Gabriel R, and Patricia Rodriguez Espinosa. "Revisiting Discrimination Theory: The Relationship Between Co-Ethnic Discrimination and Linked Fate Among Latinos in the United States." Forthcoming at *Sociology of Race and Ethnicity.*

Sanchez, Gabriel R, Edward Vargas, Vickie Ybarra, and Hannah Walker. "Stuck between a Rock and a Hard Place: The Relationship Between Latino/A's Personal Connections to Immigrants and Issue Salience and Presidential Approval." Forthcoming at *Politics of Groups and Identities*.

Vargas, Edward, Gabriel R. Sanchez, and Ballington L. Kinlock. "The Enhanced Self-Reported Health Outcome Observed in Hispanics/Latinos Who Are Socially-Assigned as White is Dependent on Nativity." Forthcoming *Journal of Immigrant and Minority Health* and available on-line here: http://link.springer.com/article/10.1007/s10903-014-0134-4

Garcia, John, Gabriel R. Sanchez, Edward Vargas, Shannon Sanchez-Youngman, and Vickie Ybarra. "Race as Lived Experience: The Impact of Multi-Dimensional Measures of Race/Ethnicity on the Self-Reported Health Status of Latinos." Forthcoming at the *DuBois Review*.

Sanchez, Gabriel R, and Edward Vargas. "Language Bias and Self-Rated Health Status among Latino Populations: Evidence of the Influence of Translation in a Wording Experiment." Forthcoming at *Quality of Life Research.*

Sanchez, Gabriel R, and Jillian Medeiros. "Linked Fate and Latino Attitudes Regarding Health Care Reform Policy." Forthcoming at *Social Science Quarterly.*

**Submitted for publication**

Sanchez, Gabriel R, Eduardo Vargas, and Juan Diaz. "Immigration Policies and Group Identity: How Immigrant Laws affect Linked Fate." Being revised for resubmission at *Journal of Racial and Ethnic Politics*.

Sanchez, Gabriel R, Kimberly Huyser, Carmela Roybal, and Jillian Medeiros-Perez. "Do Racial Attitudes Matter? A Look at Racial Attitudes Toward Latinos and African-Americans and Their Effect on Public Policy." Being revised for resubmission at *The Social Science Journal*.

Barreto, Matt, Natalie Mosouka, and Gabriel R. Sanchez. "Discrimination and Group Consciousness Among Muslim Americans." Being Revised for Resubmission at *Politics of Groups and Identities*.

Barreto, Matt, Stephen Nuno, and Gabriel R. Sanchez. "Rates of Possession of Valid Photo ID by Racial Group and the Right to Vote." Under Review at *Journal of Politics.*

Barreto, Matt, and Gabriel R. Sanchez. "The Importance of State and Local Variation in Black-Brown Attitudes: How Latinos View Blacks, and How Blacks Effect Their Views." Under Review at *Journal of Racial and Ethnic Politics*.

Sanchez, Gabriel R, Francisco Pedraza, Edward Vargas, and Melina Juarez. "The Impact of the Affordable Care Act on Latino Access to Health Insurance." Under Review at *American Journal of Public Health*.

Vargas, Edward D, Melina Juarez, Gabriel R. Sanchez, and Mia Livaudais. "Latinos' Connections to Immigrations: How Knowing a Deportee Impacts Latino Health." Under Review at the *Journal of Health and Social Behavior*.

**In preparation**

Vargas, Edward D, Gabriel R. Sanchez, and Yajaira Pena "Does What Other People Think I Am, Impact My Health? The Role of Socially-Assigned Race on Multiple Dimensions of Health." To be submitted to peer-reviewed journal in Spring, 2016.

Ramirez, Ricardo, Gabriel R. Sanchez, and Shannon Sanchez-Youngman. "House of Mirrors?: The Effects of Overlapping Descriptive Representation on Political Attitudes." To be submitted to peer-reviewed journal in Spring, 2016.

Sanchez, Gabriel R, and Estela Vasquez Guzman. "Revisiting the Hispanic Paradox: Definitions of Acculturation and Self-Rated Health Status among Latino Citizens." To be submitted to peer-reviewed journal in Spring, 2016.

Juarez, Melina, and Gabriel R. Sanchez. "DACAmented and Healthy: Legal Status as a Social Determinant of Health." To be submitted to peer-reviewed journal in Spring, 2016.

**Invited or Refereed Abstracts and/or Presentations at Professional Meetings**

"The Impact of Open Voter Registration on the Latino Electorate." Brennan Center for Justice Conference, New York, New York. May 17, 2016.

"The Relationship Between Immigration Policy and Health Outcomes Among Latinos in the United States." National Scholars' in Health Policy Lecture Series, RWJF Center for Health Policy, Meharry Medical College. Nashville, Tennessee. April, 2016.

"Utilizing research to inform policy: Best practices for working with policymakers". Community and Advocacy in Pediatrics Symposium, University of New Mexico Medical School, Albuquerque, New Mexico. December 2015.

"Voter ID Laws and the Disenfranchisement of Latino and Black Voters in Texas" (With Matt Barreto). Latinos, the Voting Rights Act and Political Engagement Conference, University of Texas at Austin, Austin, Texas. November 2015.

"Opening Plenary – Latino Growth and Engagement: How the Changing Demographics are Impacting America". Congressional Hispanic Caucus Institute Policy Conference. October 2015.

"Keynote Address- Latino Population Growth Yielding Increased Electoral influence." Association of Public Land-Grant Universities Council of Governmental Affairs Conference, Albuquerque, NM, August 2015.

'An Assessment of Hispanic's Relationship With the Affordable Care Act: Implications for Public Policy." Joint Session Conference of the RWJF Center for Health Policy (UNM), NMCARES-HD, and Preventative Research Center (UNM), Albuquerque, NM, August 2015.

"Living at the Intersection of Immigration and Health Policy: Latinos' Attitudes and Experiences." Webinar presentation for the Robert Wood Johnson Foundation Human Capital Network. April 2015.

"Voter Identification Laws and the Minority Electorate." National Undergraduate Conference on Voting Rights and Democratic Participation, Allegheny College, Meadville, PA, March 2015.

"Establishing a Sense of Place: An Overview of Hispanic Politics." Invited presentation during opening session of the Environmental Grantmakers Association Annual Retreat. Hyatt Regency Tamaya Resort and Spa, Bernalillo, NM, October 2014.

"The Changing Face of the American Electorate." Invited presentation to the New Mexico Hispanic Bar Association, May 2014.

"Latino/Hispanic Attitudes Toward Land Conservation and Public Land Use." Invited talk by Hispanics Enjoying Camping, Hunting and the Outdoors, National Press Club, Washington, DC, June 2014.

"The Changing Face of the American Electorate." Invited presentation before the Board of Regents of the University of New Mexico, Albuquerque, NM, November 2013.

"Implications for Electoral and Party Alignments." Invited lecture during the Galbraith Conference on Immigration convened by the Miller Center of the University of Virginia, October 2013.

"Creating a More Diverse and Representative Health Professional Workforce." Panelist during the Practices and Policies that Promote Health Justice Congressional Health Disparities Summit at UNM, September 2013.

"Investigating Internal Variation Among Hard to Research Populations." Invited lecture to the Robert Wood Johnson's ICPSR Workshop at the University of Michigan, August 2013.

"Latino Knowledge of the ACA and Best Practices for Outreach." Invited Presentation to the Legislative Health and Human Services Committee of the New Mexico State Legislature, August 2013.

"The Role of the Latino Electorate in the 2012 Election and Electoral Power in Years to Come." Invited Presentation to the United Way of Central New Mexico, March 2013.

"The Role of the Latino Electorate in the 2012 Election and Electoral Power in Years to Come." Invited Presentation to the United States Hispanic Leadership Institute National Conference, Chicago, IL, March 2013.

"The Role of the Latino Electorate in the 2012 Elections." Invited Presentation to the UNM Board of Regents Academic Affairs Committee, December 2012.

"The Politics of Racial and Ethnic Health Disparities." Invited talk at Texas A&M University, College Station, TX, November 2012.

"What we have learned about Latino Politics from the 2012 Election." Invited talk to the Coalition for Interdisciplinary Research on Latino Issues at the University of Michigan, November 2012. "Multi-Dimensional Measures of Race and Health Disparities." Invited talk to the Robert Wood Johnson's Scholars Program at the University of Michigan, November 2012.

**Contributed (un-refereed) Abstracts and/or Oral Presentations at Professional Meetings**

"The Relevance of the Latino Electorate in the 2016 Election." Latin American Studies Association, New York, New York, May, 2016.

"Do Perceptions Match Reality? Analysis of Latinos' Perceived Views of State Immigrant Policy Compared to Enacted Legislation". Western Political Science Association, San Diego, California, April, 2016.

"Latinos and the 2016 Election". Southern Political Science Association, San Juan, Puerto Rico, January, 2016.

"Inter-Group Attitudes Among Multiple Populations: Competition and Context." Co-Authored with Matt A. Barreto, University of California, Benjamin Fontaine Gonzalez, and Kiku Huckle, American Political Science Association, San Francisco, CA, September, 2015.

"Survey of Hispanics Regarding Their Understanding of and Experiences with the ACA: Towards Informing Efforts to Increase Hispanics' Access to Healthcare in a Post ACA World." Co-Authored with Samuel Howarth and Mia Livaudais, Association for Public Policy Analysis and Management, Miami, FL, November 2015.

"DACAmented and Healthy: Legal Status as a Social Determinant of Health." Co-Authored with Melina Juarez, American Public Health Association, Chicago, IL, October 2015.

"Updating the Descriptive/Substantive Representation Debate." Co-authored with Michael Rocca, Rudolfo Espino, and Lisa Sanchez, Western Political Science Association, Las Vegas, NV, April 2015.

"The Role of the Latino Electorate in State and Federal Immigration Policy." Plenary Panel: Association for Public Policy Analysis and Management Annual Meeting, Albuquerque, NM, November 2014.

"Investigation of Latino's Perceptions of Immigration Policy and Health Outcomes." Co-authored with Edward Vargas and Melina Juarez, Western Political Science Association, Las Vegas, NV, April 2015.

"Does What Other People Think I Am, Impact My Health? The Role of Socially-Assigned Race on Multiple Dimensions of Health." Co-authored with Edward Vargas and Yajaira Pena, Southwestern Social Science Association, Denver, CO, April 2015.

"The Impact of Punitive Immigrant Laws on the Health of Latinos." Co-authored with Edward Vargas and Melina Juarez, Western Social Science Association, Albuquerque, NM, April 2014; Politics of Race Immigration and Ethnicity Consortium, Albuquerque, NM, October 2014; Women's Health and Health Equity Symposium, Madison, WI, September 2014; Association for Public Policy Analysis and Management, Albuquerque, NM, November 2014.

"Socially-Assigned Race: How Being Racially Misclassified as Mexican Impacts Experiences with Discrimination." Co-authored with Edward Vargas. Southwestern Social Science Association, San Antonio, TX, April 2014.

"American Indians and Voting." Co-authored with Edward Vargas and Kimberly Huyser, Southwestern Social Science Association, San Antonio, TX, April 2014.

"Stuck Between a Rock and a Hard Place: The Relationship Between Latino's Personal Connections to Immigrants and Issue Salience and Presidential Approval." Co-authored with Edward Vargas, Vickie Ybarra, and Hannah Walker, Western Political Science Association, Seattle, WA, April 2014.

"Taking a Closer Look at Group Identity: The Link Between Theory and Measurement of Group Consciousness and Linked Fate." Co-authored with Edward Vargas. Politics of Race Immigration and Ethnicity Consortium, Seattle, WA, May 2013; Western Political Science Association, Hollywood, CA, March 2013.

"Illegal or Undocumented? Effects of Immigration Rhetoric on Immigration Attitudes among Blacks, Whites and Latinos in the U.S." Co-authored with Ali Valenzuela and Vickie Ybarra. Annual Meeting of the American Political Science Association, Chicago, IL, September 2013.

"Rates of Possession of Valid Photo ID and the Right to Vote." Co-authored with Matt Barreto and Stephen Nuño. Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 2013.

"Language of Democracy." Co-authored with Chris Mann. Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 2013.

"Taking a Closer Look at Group Identity: The Link Between Theory and Measurement of Group Consciousness and Linked Fate." Co-authored with Eduardo Vargas. Annual Meeting of the Western Political Science Association, Hollywood, CA, April 2013.

"An Examination of Inter-Group Attitudes Among Multiple Populations: The Role of Neighborhood Context and Group-Based Threat." Co-authored with Matt Barreto. Annual Meeting of the Western Political Science Association, Hollywood, CA, April 2013.

"The Latino Vote in the 2012 Battleground States." Annual Meeting of the Western Political Science Association, Hollywood, CA, April 2013.

"The Political Consequences of the Great Recession." Co-authored with Jillian Medieros, Julia Hellwegge, Lisa Sanchez, and Vickie Ybarra. Annual Meeting of the Western Political Science Association, Hollywood, CA, April 2013.

"Public Intellectualism: Academics who Engage in Real-Time Politics Through New Media." Panel Discussion of the Annual Meeting of the Western Political Science Association, Hollywood, CA, April 2013.

"Multi-Dimensional Measures of Race and Health Disparities." Co-authored with John Garcia, Vickie Ybarra, Shannon Sanchez-Youngman, and Eduardo Vargas. Annual Meeting of the American Political Science Association, New Orleans, LA, September 2012.

"House of Mirrors?: The Effects of Overlapping Descriptive Representation on Political Attitudes." Co-authored with Ricardo Ramirez and Shannon Sanchez-Youngman. Annual Meeting of the Midwest Political Science Association, Chicago, IL, April 2012.

"Filling the Void: Factors Leading to Punitive Immigration Policy Across the American States." Co-authored with Lisa Sanchez and Vickie Ybarra. Annual Meeting of the Western Political Science Association, Portland, OR, April 2012.

"Message Received? Public Perceptions of Anti-Immigrant State Legislation by Race and Ethnicity." Co-authored with Sylvia Manzano. Annual Meeting of the Western Political Science Association, Portland, OR, April 2012.

"House of Mirrors?: The Effects of Overlapping Descriptive Representation on Political Attitudes." Co-authored with Ricardo Ramirez and Shannon Sanchez-Youngman. Annual Meeting of the Western Political Science Association, Portland, OR, April 2012.

"Multi-Racial and Multi-Ethnic Attitudes Toward Health Care Reform Policy." Co-authored with Jillian Medieros. Annual Meeting of the Western Political Science Association, San Antonio, TX, April 2011.

"The Presence of Linked Fate and the Impact of Linked Fate on Political Behavior" Co-authored with Jason Morin and Shannon Sanchez-Youngman. Annual Meeting of the Western Political Science Association, San Antonio, TX, April 2011.

"The Missing Link in the Social Determinants Literature: The Impact of Political Factors on Health Status and Health Disparities in the United States." Co-authored with Jillian Medeiros and Vickie Ybarra. Annual Meeting of the American Political Science Association, Seattle, WA, September 2011.

"The Legislative Effectiveness of Minority Members of Congress." Co-authored with Michael Rocca. Annual Meeting of the American Political Science Association, Seattle, WA, September 2011.

"They're All Out to Get Me? An Examination of Inter-Group Competition Among Multiple Populations." Annual Meeting of the American Political Science Association, Seattle, WA, September, 2011.

"Multi-Racial and Multi-Ethnic Attitudes Toward Health Care Reform Policy." Co-authored with Jillian Medeiros. Annual Meeting of the Politics of Race, Immigration, and Ethnicity Conference, Stanford University, Stanford, CA, May 2010.

"The Substantive Effects of Congressional Earmarks: The Case of Health Spending." Co-authored with Michael Rocca and Angelina Gonzalez-Aller, Annual Meeting of the Western Political Science Association, San Francisco, CA, April 2010.

"The Effect of Pan-Ethnic and National Origin Specific Descriptive Representation on Latino's Views of Government and of Themselves." Co-authored with Jason Morin. Annual Meeting of the Western Political Science Association, San Francisco, CA, April 2010.

"An Examination of Inter-Group Attitudes Among Multiple Populations: New Trends from the Collaborative Multi-Racial Political Study." Co-authored with Matt Barreto and Ben Gonzalez. Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 2010.

"The Impact of Latino's Perceptions of Competition and Commonality with Whites and African Americans on Latino Political Behavior." Co-authored with Betina Wilkinson. Annual Meeting of the Midwestern Political Science Association, Chicago, IL, April 2010.

"Public Support for Expanding Health Care Coverage in New Mexico." Co-authored with German Izon and Richard Santos. Annual Meeting of the Western Social Science Association, Albuquerque, NM, April 2009.

"Factors that Determine Health Care Coverage in New Mexico." Co-authored with Antonio Barreras and Richard Santos, Annual Meeting of the Western Social Science Association, Albuquerque, NM, April 2009.

"En Fuego: Latinos and the 2008 Presidential Campaign." Co-authored with Sylvia Manzano and Matt Barreto. Annual meeting of the Western Political Science Association, Vancouver, BC, March 2009.

"The Firewall: Latino Voters in the 2008 Primaries and General Election." Co-authored with Sylvia Manzano and Matt Barreto. Annual Meeting of the Midwestern Political Science Association, Chicago, IL, March 2009.

"Voter ID Requirements and the Disenfranchisement of Latino, Black, and Asian Voters." Co-authored with Matt Barreto and Stephen Nuno. Annual Meeting of the Politics of Race, Immigration, and Ethnicity Conference, UC Irvine, Irvine, CA, November 2009.

"Black Brown Relations in the New South." Co-authored with Matt Barreto. National Conference on Latino Politics, Power, and Policy, Brown University, Providence, RI, October 2009.

"Racial Attitudes Across Four Major Racial Groups: Results From the Multi-Racial Post-Election Survey." Annual Meeting of the Politics of Race, Immigration, and Ethnicity Conference, University of Washington, WA, September 2009.

"The Disproportionate Impact of Photo Identification Requirements on the Indiana Electorate" Co-authored with Matt Barreto and Stephen Nuño. Annual Meeting of the American Political Science Association, Boston, MA, August 2008.

"To Shirk or Not to Shirk From the Chief Justice: Associate Justices and Separate Opinion Behavior." Co-authored with Laura Langer and Teena Willhelm. Annual Meeting of the American Political Science Association, Boston, MA, August 2008.

"Discrimination and Group Consciousness Among Muslim Americans." Co-authored with Matt Barreto and Natalie Mosouka. Annual Meeting of the American Political Science Association, Boston, MA, August 2008.

"The Impact of Ethnicity on Attitudes Toward Health Care Reform in New Mexico." Co-authored with Richard Santos. WISER Conference on Latino Public Policy, University of Washington, Seattle, WA, April 2008

"Latinos, Blacks, and Black Latinos: Competition, Cooperation, or Indifference?" Co-authored with Matt Barreto. Invited Presentation, Texas A&M University, College Station, TX, April 2008.

"Latinos, Blacks, and Black Latinos: Competition, Cooperation, or Indifference?" Co-authored with Matt Barreto. Latino National Survey Conference, Cornell University, Ithaca, NY, November 2007.

"Voter ID Requirements and the Disenfranchisement of Latino, Black and Asian Voters." Co-authored with Matt Barreto and Stephen Nuño. Annual Meeting of the American Political Science Association, Chicago, IL, September 2007.

"Is Perception Reality? An Investigation of the Presence and Source of Perceived Discrimination Toward and Among Latinos." Co-authored with Jessica Lavariega Monforti. Annual Meeting of the American Political Science Association, Chicago, IL, September 2007.

"The Role of Health Policy in Latino Political Behavior at both the State and National Levels." Co-authored with Jason Morin. Conference of the Inter-University Program for Latino Research, Austin, TX, March 2007.

"Explaining African American Congressional Behavior: The Role of Personal Attributes in African American Roll-Call Voting Behavior." Co-authored with Mike Rocca and Ron Nikora. Annual Meeting of the Southwestern Political Science Association, Albuquerque, NM, March 2007.

"The Legislative Success of Minority Members of Congress." Co-authored with Mike Rocca. Annual Meeting of the Southwestern Political Science Association, Albuquerque, NM, March 2007.

"The Role of Health Policy in Latino Political Behavior." Co-authored with Jason Morin. Annual Meeting of the Southwestern Political Science Association, Albuquerque, NM, March 2007.

"The Institutional Mobility of Minorities in Congress." Co-authored with Mike Rocca and Jason Morin. Annual Meeting of the Western Political Science Association, Las Vegas, NV, March 2007.

"Preferable Descriptive Representatives? Investigating the Impact of Demographic Attributes of Descriptive Representatives on Substantive Representation." Co-authored with Joseph E. Uscinski. 2006 Annual Meeting of the American Political Science Association, Chicago, IL, August 2006.

"Take One For The Team: Latinos Support and Perceptions of Descriptive Representation." Co-authored with Sylvia Manzano. American Political Science Association Conference, Philadelphia, PA, August 2006.

"Latinos and African Americans Post-Katrina: A Rainbow After the Storm?" Co-authored with Sylvia Manzano. Southwestern Social Science Association Conference, San Antonio, TX, April 2006.

"Latinos in Congress: The Impact of Descriptive Attributes on Substantive Representation." Co-authored with Mike Rocca. Western Political Science Association, Albuquerque, NM, March 2006.

"Friends or Foes? Determinants of Latino Internal Discrimination." Western Political Science Association, Albuquerque, NM, March 2006.

"Factors Leading to Group Consciousness Formation Among Latinos." Western Political Science Association, Oakland, CA, March 2005.

"Building a Foundation For Coalitions Among Latinos and African Americans: The Impact of Latino Group Consciousness on Perceptions of Commonality With African Americans." American Political Science Association, Washington DC, August 2005.

"The Size of Majority Opinion Coalitions on State Supreme Courts: A Test of Threat Hypothesis." Co-authored with Laura Langer and Jeffrey Williams. American Political Science Association, Chicago, IL, August 2004.

"The Impact of District Demographics and Party Support on Minority Representation." Co-authored with Jeffrey Williams. Southern Political Science Association, New Orleans, LA, January 2003.

"The Effect of Group Cohesion on Political Participation and Political Behavior Among Latinos and African-Americans." Western Political Science Association, Denver, CO, March 2003.

"The Effect of Congressional District Demographics on Minority Representation and Political Participation During the 2000 Election." Co-authored with Jeffrey Williams. Western Political Science Association, Denver, CO, March 2003.

"The Impact of Group Identity on Political Participation Among Latinos: A Probit Analysis." Conference on Political Minorities and Political Boundaries Yale University, Hartford, CT, May 2002.

"United We Stand Divided We Fall, Group Cohesion in the Latino Community." American Political Science Association, Washington, DC, August 2001

**Research**

**Research Funding**

Scan of Research Regarding Health Care Costs. PIs Gabriel R Sanchez and Lisa Cacari-Stone. Colorado Health Foundation. 10/27/2015 – 1/28/2016. $29, 479.73 ($19,523 Direct / $9,956.73 Indirect)

Evaluation of the Impact of Closed Primaries and Redistricting on the Electorate of New Mexico. PI Gabriel R Sanchez. Thornburg Foundation. 10/1/2015- 1/ 1 /2016. $5,582 (All Direct).

BUILDing Scholars Research Enrichment Core. PI Gabriel R. Sanchez. National Institute of Health. 0/01/2015 – 8/31/2016. $34,926 (All Direct).

Native American Health Policy Institute Concept Paper. PI Gabriel R. Sanchez. W.K. Kellogg Foundation. 7/01/2015 – 6/30/2016. $99,017 (All Direct).

New Mexico Center for the Advancement of Research, Engagement and Science on Health Disparities Pilot Research Projects. PI: Robert L. Williams.  Includes pilot project: New Mexico Hispanic Survey of Affordable Care Act. Project Lead: Gabriel R. Sanchez. National Institute of Minority Health and Health Disparities, National Institute of Health National Institute of Minority Health and Health Disparities, National Institute of Health. 9/25/2014-9/25/2015; $90,187 ($65,805 Direct/$24,381 Indirect).

Robert Wood Johnson Foundation Center for Health Policy at UNM Operating Grant. PI Gabriel R. Sanchez. Robert Wood Johnson Foundation. 7/1/2014 – 6/30/2015. $1,811,758 (1,747,472 Direct/$64,286 Indirect)

Robert Wood Johnson Foundation Center for Health Policy at UNM Operating Grant. PI Gabriel R. Sanchez. Robert Wood Johnson Foundation. 7/1/2013-6/30/2014. $1,507,328 ($1,345,829 Direct/$161,499 Indirect).

Robert Wood Johnson Foundation Center for Health Policy at UNM Operating Grant. PI Gabriel R. Sanchez. Robert Wood Johnson Foundation. 7/1/2012-6/30/2013. $1,322,748 ($1,181,025 Direct/$141,723 Indirect).

American Economic Association Summer Training Program (AEASP). PI Gabriel R. Sanchez. American Economic Association. 10/1/2011-9/30/2014. $890,542 (All Direct).

Broadening Participation of Graduate Students in Economics. PI Gabriel R. Sanchez. National Science Foundation. National Science Foundation. September 1, 2014; August 31, 2016.  $402, 348 ($294,911 Direct / $107,357 Indirect).

The Great Recession: Implications for Minority and Immigrant Communities. Co-PIs Gabriel R. Sanchez, Jillian Medieros, and Kimberly Huyser. Russell Sage Foundation. 4/1/2012 -2/28/2014. $100,353 ($87,263 Direct / $13,090 Indirect).

2013 Congressional Summit on Health Disparities. PI Gabriel R. Sanchez. W.K. Kellogg Foundation. 9/1/2013 – 10/31/2013. $15,000 (All Direct)

Developing Race as Multi-dimensional and Health Disparities. Co-PIs Gabriel R. Sanchez and John Garcia. Robert Wood Johnson Foundation Health and Society Scholars Program, University of Michigan. 05/10/2011 – 05/10/2012. $26,244 ($23,457 Direct/ $2,812 Indirect).

Exploring the Views of the Latino Population Toward Healthcare Reform in New Mexico. Co-PIs Gabriel R. Sanchez, Richard Santos, and Amelia Rousse. Robert Wood Johnson Foundation Interdisciplinary Research Grant, University of New Mexico. 2008. $20,000 (All Direct).

2008 Multi-Racial Post-Election Survey. PI Gabriel R. Sanchez. Research Allocation Committee, University of New Mexico. 2008. $4,000 (All Direct).

Public Opinion of New Mexicans Toward Healthcare Reform in New Mexico. Co-PIs Gabriel R. Sanchez, Richard Santos, and Amelia Rousse. Robert Wood Johnson Foundation Interdisciplinary Research Grant, University of New Mexico. 2007. $20,000 (All Direct).

Indiana Voter Identification Study. Co-PIs Gabriel R. Sanchez, Stephen Nuño, and Matt Barreto. Brenan Center for Justice, New York University. 2007. $40,000 (All Direct).

**Teaching**

**Doctoral Advisement**

Patricia Rodriguez-Espinosa (Psychology; Fall 2016 Expected Graduation Date; "Can Psychological Factors Explain the Relation Between Neighborhood Effects on Latino Health''; Member of Dissertation Committee.

Lisa Sanchez (Political Science); Spring 2016 Expected Graduation Date; "Congress, Polarization, and Latino Demography"; Assistant Professor, University of Arizona. Member of Dissertation Committee.

Hannah Walker (Political Science: University of Washington); Spring 2016 Expected Graduation Date; "Mobilized by Injustice: The Impact of Criminal Justice Contact and ICE on the Political Participation of Latina/o Communities"; Assistant Professor, Rutgers University; Member of Dissertation Committee.

Shannon Sanchez-Youngman (Political Science); Spring 2016 Expected Graduation Date; "At the Crossroads of TANF and Early Childhood Policy: The Impact of Devolution and Health Advocacy Networks on Progressive Policy Choices"; Co-Chair of Dissertation Committee.

Yajaira Pena-Esparza (Psychology); Spring 2015; "Do Ethnic Identity and Family Support Protect Against Ethnic Discrimination?''; Member of Dissertation Committee.

Tunay Oguz (Economics); Spring 2015; "Essays on Gender, Race, and Ethnicity in the United States and Turkey"; Assistant Professor, Lenoir-Rhyne University; Member of Dissertation Committee.

Elena Windsong (Sociology); Spring 2015; "Neighborhood Experiences and the Co-Construction of Neighborhoods, Race and Gender"; Visiting Professor, Colorado College; Member of Dissertation Committee.

Vickie Ybarra (Political Science); Spring 2015; (Earned Distinction);  "The Impact of State Immigration Policy on Immigrant Communities: Political Engagement and Child Well-Being"; Currently interviewing for administrative positions; Chair of Dissertation Committee.

Ron Nikora (Political Science); Spring 2012;  "The Political Determinants of Health: The Impact of Political Factors on Black and White Infant Mortality Rates in the United States"; Assistant Professor, Beloit College; Member of Dissertation Committee.

Jason Morin (Political Science); Fall 2012; "A Different Voice: African American and Latino Representation in the US Court of Appeals"; Assistant Professor, California State at Northridge; Chair of Dissertation Committee.

Lisa A. Bryant (Political Science); Fall 2010; "Voter Confidence and the Use of Absentee Ballots and Voter Assist Terminals: An Experimental Study"; Assistant Professor, Fresno State University: Member of Dissertation Committee.

German Izon, PhD (Economics); Spring 2008; **"**Valuing Changes in the Provision of a Public Good: Empirical Applications in Environmental and Health Economics"; Assistant Professor, Department of Economics, Eastern Washington University;  Member of Ph.D. Dissertation Committee.


**Masters Advisement**

Eric Griego (Political Science); Fall 2016 Expected MA Graduation Date.

Mia Livaudais (Political Science); Fall 2016 Expected MA Graduation Date.

Melina Juarez (Political Science); Fall 2015 Expected MA Graduation Date.

Patricia Rodriguez-Espinosa (Psychology); Spring 2014; "Can Psychological Factors Explain the Relation Between Neighborhood Effects on Latino Health''.

Lisa Sanchez (Political Science); MA Awarded 2011

Shannon Sanchez-Youngman (Political Science); MA Awarded

Jason Morin (Political Science); MA Awarded Fall 2010.

Antonio Barreras (Public Administration); MA Awarded Spring 2012.

**Bachelor's Honors Advisement**

Adelina Gomez; Fall 2015; BA.

Barbara Gomez-Aguinaga; Fall 2012; BA.

Julian Benavidez; Fall 2012; BA.

Charles Mathews; Spring 2011; BA.

Taylor Watrous; Fall 2009; BA.

Jaime Gonzalez; Fall 2006; BA.

**Undergraduate Student Mentoring**

Juan Valdez; Summer 2014;  BA, research Intern from St. Mary's University, San Antonio, TX.

Rebeca Gurrola; Fall 2011; BA, research support/advising for McNair Program.

Robert Alanis; Fall 2011; BA, research support/advising for McNair Program.

Myra Perez; Spring 2012; BA, research support/advising for McNair Program.

Mabel Arrelanas; Fall 2011; BA, research support/advising for McNair Program.

Sarah Melendez; Fall 2010; BA, research support/advising for McNair Program.

Antonio Barreras; Fall 2010; BA, co-authorship of article manuscript, research  support/advising for McNair Program.

Donna Marlow; Spring 2008;  BA, mentorship and preparation for Ralph Bunche Summer Institute.

Glenda Kodaseet; Fall 2008; BA, research support/advising for McNair Program.

Steven Saveedra; Spring 2007; B.A., research support/advising for McNair Program.

Nina Gardea; Spring 2006; B.A., research support/advising for McNair Program.

**Classroom Teaching**

2015; Spring; Graduate Research Seminar in American Minority and Group Politics; 9 graduate students, 1 undergraduate Honors student.

2015; Spring: Graduate Seminar Job Market Preparation; 7 graduate students.

2013; Fall; Hispanic Politics in the US; PS 308; 45 undergraduate students.

2013; Spring; Junior Honors Seminar; PS 495; 9 undergraduate students.

2012; Fall; Introduction to American Politics (FLC); PS 200; 24 undergraduate students.

2012; Spring; Introduction to American Politics; PS 200; 50 undergraduate students.

2011; Spring; Introduction to American Politics; PS 200; 100 undergraduate students.

2011; Spring; Politics of Ethnic Groups; PS 307; 46 undergraduate students.

2011; Summer; Quantitative Approaches to the Study of Race; 11 graduate students.

2010; Fall; Introduction to American Politics; PS 200; 87 undergraduate students.

2010; Spring; Graduate Seminar in Racial and Ethnic Politics; 8 graduate students.

2010; Spring; Introduction to American Politics; PS 200; 97 undergraduate students.

2009; Fall; Public Opinion and Electoral Behavior; PS 305; 49 undergraduate students.

2009; Fall; Introduction to American Politics; PS 200; 114 undergraduate students.

2009; Spring; The Politics of Ethnic Groups; PS 307; 53 undergraduate students.

2009; Spring; Introduction to American Politics; 100 undergraduate students.

2008; Fall; PS 496-003 Pro-Seminar in American Government and Politics: Fred Harris Congressional Internship Program; 5 undergraduate students.

2008; Fall; PS 200 Introduction to American Politics; 123 undergraduate students.

2008; Spring; PS 200; Introduction to American Politics; 123 undergraduate students.

2008; Spring; PS 307: The Politics of Ethnic Groups; 48 undergraduate students.

2007; Fall; PS 511 Graduate Seminar in Racial and Ethnic Politics; 15 graduate students.

2007; Summer; PS307: The Politics of Ethnic Groups; 16 undergraduate students.

2007; Spring; PS307: The Politics of Ethnic Groups; 45 undergraduate students.

2007; Spring; PS305: Public Opinion and Electoral Behavior; 49 undergraduate and 1 graduate student.

2006; Fall; PS 200/FLC 640: Connecting Political Theory to Political Reality? An Inside Look at American Politics; 22 undergraduate students.

2006; Fall; PS 200: Introduction to American Politics, 114 undergraduate students.

2006; Spring; PS200: Introduction to American Politics, 61 undergraduate students.

2006; Spring; PS305: Public Opinion and Electoral Behavior: 49 undergraduate and 1 graduate student.

2005; Fall; PS307: The Politics of Ethnic Groups, 49 undergraduate students.

2005; Fall; PS200: Introduction to American Politics, 44 undergraduate students.

**Curriculum Development or Teaching Administrative Positions**

Developed curriculum for RWJF Center For Health Policy Fellowship Program, 2011-Current.

Developed curriculum for a new course entitled "Job Market Preparation for Advanced Graduate Students." Offered in Summer 2014 and Spring 2015.

Developed curriculum for the Political Science portion of the Freshman Learning Community course, PS200/Eng 101: Connecting Political Theory to Political Reality? An Inside Look at American Politics, Summer 2006 for Fall 2006.

**Service**

***Reviews***

*Journal of Elections, Public Opinion & Parties*

*Politics of Groups and Idenities* (2015) <twice>

*American Political Science Review* (2015)

*Journal of Race, Ethnicity, and Politics* (2015)

Political Research Quarterly (2015) <twice>

*Ameican Politics Research* (2015)

*American Journal of Political Science* (2015)

I have reviewed regularly for the following outlets from 2012-2015:

*American Political Science Review*

*American Journal of Political Science* (Member of Editorial Board)

*Political Research Quarterly*

*Social Science Quarterly*

*American Politics Research*

*Journal of Politics*

*Political Research Quarterly* (2011)

*American Politics Research* (2011)

*Social Science Quarterly* (2011)

Extensive Reviews for *American Journal of Political Science* as Member of Editorial Board (2011)

*American Journal of Political Science* (2010) <twice>

*Journal of Politics* (2010)

*Political Behavior* (2010)

*Political Communication* (2010)

*American Sociological Quarterly* (2010)

*American Review of Politics* (2010)

*Social Science Journal* (2010)

*Social Science Quarterly* (2010) <twice>

*Public Opinion Quarterly* (2010)

*Legislative Studies Quarterly* (2009)

*American Journal of Political Science* (2009)

*Political Research Quarterly* (2009) <twice>

*American Politics Research* (2008)

*American Political Science Review* (2008)

*Political Research Quarterly* (2008)

*American Politics Research* (2008)

*Social Science Quarterly* (2007)

*American Journal of Political Science* (2007)

*Political Behavior* (2007)

*SUNY Press* – Book Manuscript (2007)

*American Politics Research* (2006)

### Conferences

Chair, "Latino Immigration: Policy and Outcomes" panel at the American Public Policy and Management National Conference, November 2015.

Section Chair, Latino Politics/Media and Society Track, Latin American Studies Association, 2016.

Chair and Discussant, "The State and Local Context for Immigrant Reception in the US" panel at the American Public Policy and Management Conference, November 2014.

Chair and Discussant, "Presidential Approval" panel at the Western Social Science Association Conference, April 2013.

Chair and Discussant, "New Issues on Behavior, Identification and Discrimination" panel at the Western Social Science Association Conference, April 2013.

Chair and Discussant, "The Systematic Study of Race and Public Policy From the UNM RWJF Center For Health Policy" panel at Southwestern Social Science Association Conference, April 2010.

Discussant, "Race and Electoral Politics in America" panel at the American Political Science Association Conference, September 2009.

Chair and Discussant, "An Interdisciplinary Examination of Health Policy From the UNM RWJF Center For Health Policy " panel at Western Social Science Association Conference, April 2009.

Section Chair, "Voting and Elections" for Western Political Science Association Conference, March 2009.

Discussant, "Ethnicity and Elections: American and Comparative Perspectives" panel at Western Political Science Association Conference, March 2009.

Chair and Discussant, "Changing the Rules: Causes and Consequences" panel at Western Political Science Association Conference, March 2008.

Chair and Discussion, "Latino and Latino Political Incorporation and Mobilization" panel at the Southwestern Political Science Association Conference, March 2008

Discussant, "Race, Ethnicity, and Electoral Politics" panel at the Western Political Science Association Conference, March 2007.

Served on the Ted Robinson Dissertation Award for the Southwestern Political Science Association, March 2007.

### Committees/ Professional Association Positions

Member, Midwest Political Science Association's Best Paper by an Emerging Scholar  Award Committee, 2015-2016.

Member, University of New Mexico Higher Learning Commission Accreditation Committee, 2015-2016.

Member, UNM Department of Psychology Academic Program Review Committee, 2015.

Member, Center for Education Policy Research (CEPR) Executive Director Search Committee, 2015.

Member, UNM Evaluation Lab Advisory Board, 2015.

Member, APSA Ralph Bunche Summer Institute Advisory Committee, 2014-2016.

Member, Department of Political Science Health Policy Faculty Search Committee, 2015.

Member, College of Public Policy Implementation Committee, University of New Mexico, 2015.

Liaison (Ex-Officio Member), Executive Committee of the Western Political Science Association, 2015-2016.

Member, Executive Committee of the Western Political Science Association, 2012-2015.

Member, Department of Political Science Executive Committee, 2014-2015.

Member, College/Institute of Public Policy Feasibility Committee, University of New Mexico, Fall 2013.

Member, School of Public Health University Committee, University of New Mexico, Fall 2013.

Member, Administrative Support Staff Search Committee, Department of Political Science, UNM, Fall 2011

Member, Vice Provost Search Committee, University of New Mexico, Spring, 2011.

Member, WPSA Committee On the Status of Latinas/os in the Profession, 2010-2012.

Secretary, Latino Caucus of the American Political Science Association Executive Committee, 2008-2010.

Member, Department of Political Science Executive Committee, 2010-2011.

Member, Division of Diversity, Equity, and Inclusion (UNM) Post-Doctoral Fellowship Committee, Summer 2010.

Board Member, Common Cause of New Mexico, 2009-Present.

Member, UNM First-Generation Student Success Task Force, 2010-2011.

Member, UNM Institute for Higher Education Policy Committee, 2010-2011.

Member, Racial and Ethnic Politics Executive Committee of APSA, 2008-2010.

Member, Department of Political Science Executive Committee, 2010-2011.

Member, Title-V at UNM Faculty Steering Committee, Fall 2008-Present.

Faculty Fellow, El Centro de La Raza at UNM, Fall 2008-Present.

Member, Hispanic Heritage Month Committee, 2007-2008.

Chair, Robert Wood Johnson Foundation Strategic Communication Committee, Fall 2007.

Member, Robert Wood Johnson Foundation Student Recruitment Committee, 2006-2007, 2007-2008.

Member, Law School Minority Pipeline Committee, 2007.

Member, Department of Political Science Executive Committee, 2006-2007.

Member, Political Science Department Public Policy/IPP Director Search Committee, 2006.

Member, Political Science Department IPP Summer Working Group, Summer 2006.

Member, American Political Science Association Latino Caucus Nominating Committee 2005-2006.

Member, American Political Science Association Latino Caucus Outreach Committee 2005-2006.

Member, the Political Science Department Undergraduate Committee, August 2005-May 2006.

***Other Professional Service***

Numerous Television, Radio, and Newspaper Interviews, including live television commentary for KRQE-NM, for 2006, 2010, 2012, 2014 Election Seasons.

Board Member, Hispanic Philanthropic Society of the United Way, January, 2010-Present.

Faculty Fellow, UNM El Centro de la Raza, 2007-2014.

Presentation "Effectively Working With Graduate Students" given to Robert Wood Johnson Foundation Center for Health Policy at UNM brown bag series, November 10, 2010.

Co-Chair, UNM El Centro de la Raza Graduate Student Fellowship Program, 2009-2010, 2010-2011.

Faculty Adviser, UNM "Bigs" Student Organization, Fall 2009-Present.

Ralph Bunche Summer Institute Recruitment for Department, Duke University (2005-2009).

Conducted television interview with Channel 13 News (Super Tuesday Segment), February 5, 2008.

Presentation "Social Inequalities in US" given to the pre-Medical Student Organization, February 19, 2008.

Participated on Round Table sponsored by Peer Mentoring of Graduate Students of Color titled "First Critical Issues Roundtable: First Generation Graduates of Color and Mentoring." January 23, 2007.

Conducted television interview with Channel 13 News (US Attorney General Political Pressure Issue) March 5, 2007.

Invited research talk at the University of Arizona "Upward Mobility of Minority Members of Congress." March 23, 2007.

Moderator, ASUNM Spring Election Candidate Debate, 2007.

Talk given to APS students on careers in political science, April 6, 2007.

Co-presented, "Health Policy and Political Science" discussion in RWJF Pro-Seminar, Spring 2007.

Talk titled "Demographics of UNM Students" given during New Faculty Orientation, Fall 2007.

Faculty Steering Committee Member, Peer Mentoring of Graduate Students of Color, Fall 2007.

Faculty Advisor, UNM student group, UNM Bigs (Affiliate of Big Brothers and Sisters of New Mexico), Summer 2007-Present.

Co-Chair, RWJF and McNair Undergraduate Research Conference, November 19-21, Fall 2007.

Complied information regarding Hispanic facts and trends to create "Hispanic Facts and Figures for the Nation" report as part of Hispanic Heritage Month Committee duties.

Talk Given to First Year Graduate Students, 2005-2007.

Talk given to McNair and Research Opportunity Program Students January 17, 2007 titled "Research Types: The Quantitative, Qualitative Debate."

Served on Panel entitled "Academic Job Search" sponsored by Career Services, Fall 2006 and 2007.

Report drafted in preparation for Expert Witness Testimony in ACLU, et al. v. HERRERA, Fall 2006.

Talk given at the "How About Grad School" Panel Sponsored by Graduate College, September 21, 2006.

Presented "Developing a Research Question" talk to McNair and Research Opportunity Program Students, June 14, 2006.

Talk Given at the "How About Grad School" program on September 21 sponsored by Graduate College.

Mentored Freshman Learning Community Students who won Best Poster at Research Symposium, Fall 2006.

Quoted in several Albuquerque Tribune articles regarding Congressional Elections, Fall 2006 and in feature article "Is America Ready for a Hispanic President?"

Phone Interview 770 KOB, "State Treasurer an Appointed Position?" September 26, 2005.

***Community Service***

Mentor, Children's Court, 2014-current.

Mentor, Big Brothers and Sisters of Central New Mexico, 2006-2014.

Mentor, Southwest Organizing Project (SWOP).