# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

Brakebill et al

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

v.

Case No.: 1:16-cv-00008

Jaeger

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

Exhibits S10-S15 to Document 81 - Memorandum in Support re Motion to Dissolve Preliminary Injunction

This filing was not e-filed for the following reason(s):

☑ Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

☐ Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011