## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 18-1725

Richard Brakebill, et al.

Appellees

v.

Alvin Jaeger, in his official capacity as the North Dakota Secretary of State

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Bismarck
(1:16-cv-00008-DLH)

---

### MANDATE

In accordance with the opinion and judgment of 07/31/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 21, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit